ORIGINAL

MacDONALD RUDY BYRNS
O'NEILL & YAMAUCHI

ROBERT M. YAMAUCHI 3907-0
American Savings Bank Tower
1001 Bishop Street, Ste. 2650
Honolulu, Hawaii 96813
Telephone: (808) 523-3080
Facsimile: (808) 523-9759
E-mail: rmy@macrudylaw.com

Attorneys for Plaintiff
DAVID HOLZMAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 5 2006

at 1 o'clock and 35 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **DAVID HOLZMAN,** | CIVIL NO. CV04 00009 SOM-KSC |
| Plaintiff, | NOTICE OF HEARING MOTION; PLAINTIFF'S MOTION FOR SANCTIONS; MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS; DECLARATION OF ROBERT M. YAMAUCHI; AFFIDAVIT OF KELLY BRYANT BERGANIO; EXHIBITS "A" - "D"; CERTIFICATE OF SERVICE |
| vs. | |
| **COMMERCIAL FORCED AIR, INC., JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, DOE ENTITIES 1-10 and DOE GOVERNMENTAL UNITS 1-10,** | |
| Defendants. | Hearing of Motion:<br>Date: _____, 2006<br>Time: 9:30 a.m.<br>Judge: Honorable Susan Oki Mollway |

## NOTICE OF HEARING MOTION

TO:  COMMERCIAL FORCED AIR, INC.
     P.O. BOX 1743
     ROSWELL, GEORGIA 30077
     ATTN: MR. SERDAR SENAYDIN, PRESIDENT

NOTICE IS HEREBY GIVEN that PLAINTIFF'S MOTION FOR SANCTIONS shall come on for hearing before the Honorable Susan Oki Mollway, Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, _____, 2006, at 9:30 a.m., or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii, May 5, 2006.

                MACDONALD RUDY BYRNS O'NEILL & YAMAUCHI, A LIMITED LIABILITY LAW PARTNERSHIP, LLP

                _____
                ROBERT M. YAMAUCHI

                Attorney for Plaintiff
                DAVID HOLZMAN

## PLAINTIFF'S MOTION FOR SANCTIONS

COMES NOW Plaintiff DAVID HOLZMAN ("Holzman"), by and through his attorneys, MACDONALD RUDY BYRNS O'NEILL & YAMAUCHI, a LIMITED LIABILITY LAW PARTNERSHIP, LLP, and hereby moves for sanctions against Defendant COMMERCIAL FORCED AIR, INC. ("CFA") for failing to obtain new counsel to appear on its behalf in this case in compliance with the Order Granting Motion To Withdraw As Counsel For Defendant Commercial Forced Air, Inc., filed September 9, 2005 (the "Order to Obtain New Counsel") and failing to proceed with arbitration of all claims in this dispute in compliance with the Order Compelling Arbitration; Order Denying Without Prejudice Plaintiff's Request For Declaratory Relief, Specific Performance, Sanctions, And Attorney's Fees And Costs, filed September 29, 2005 (the "Order Compelling Arbitration"). This motion is supported by Plaintiff's Memorandum in Support of Motion, the Declaration of Robert M. Yamauchi and Affidavit of Kelly Bryant Berganio, attached hereto and made a part hereof, and the arguments of counsel, and is brought pursuant to Fed. R. Civ. P. 7, 55(b) and 41(b) and L.R. 7.1, 7.2 and 7.3.

DATED: Honolulu, Hawaii, May 5, 2006.

                                        MACDONALD RUDY BYRNS O'NEILL & YAMAUCHI, A LIMITED LIABILITY LAW PARTNERSHIP, LLP

                                        _____
                                        ROBERT M. YAMAUCHI

                                        Attorney for Plaintiff
                                        DAVID HOLZMAN