IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID HOLZMAN, ) | CIVIL NO. CV04 00009 SOM-KSC |
| Plaintiff, ) | |
| vs. ) | DECLARATION OF ROBERT M. YAMAUCHI |
| COMMERCIAL FORCED AIR, INC., ) JOHN DOES 1-10, JANE DOES 1-10, ) DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, DOE ENTITIES 1-10 and DOE GOVERNMENTAL UNITS 1-10,, ) | |
| Defendants. ) | |

DECLARATION OF ROBERT M. YAMAUCHI

I, ROBERT M. YAMAUCHI, declare as follows:

1. I am an attorney licensed to practice law in all the courts of the State of Hawaii. I am a partner of the law firm of MacDonald Rudy Byrns O'Neill & Yamauchi, a Limited Liability Law Partnership, LLP, and am one of the attorneys working on the above-captioned case for Plaintiff DAVID HOLZMAN.

2. I have personal knowledge of the matters contained herein and am competent to testify thereto.

3. Attached hereto as Exhibit "A" is a true and correct copy of the Order Granting Motion To Withdraw As Counsel For Defendant Commercial Forced Air, Inc., file-stamped September 9, 2005.

4. Attached hereto as Exhibit "B" is a true and correct copy of the Order Compelling Arbitration; Order Denying Without Prejudice Plaintiff's Request For Declaratory Relief, Specific Performance, Sanctions, And Attorneys' Fees And Costs, file-stamped September 29, 2005.

I declare under penalty of perjury under the laws of the State of Hawaii that the foregoing is true and correct.

DATED: Honolulu, Hawaii, May 5, 2006.

_____
ROBERT M. YAMAUCHI

Attorney for Plaintiff
DAVID HOLZMAN