Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 9 2005

at __8__ o'clock and __45__ min. __A__ M
SUE BEITIA, CLERK

| | |
|---|---|
| DIANE D. HASTERT | 2240-0 |
| ddh@hawaiilawyer.com | |
| GREGORY W. KUGLE | 6502-0 |
| gwk@hawaiilawyer.com | |
| ROBERT D. HARRIS | 7769-0 |
| rdh@hawaiilawyer.com | |

1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

RONALD J. STAY
rstay@stites.com
Stites & Harbison, PLLC
2800 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308
Telephone: (404) 739-8800
Facsimile: (404) 739-8870

Withdrawing Counsel for Defendant
  COMMERCIAL FORCED AIR, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID HOLZMAN, | ) CIVIL NO. 04-00009 SOM-KSC |
| | ) |
| Plaintiff, | ) ORDER GRANTING MOTION TO |
| | ) WITHDRAW AS COUNSEL FOR |
| vs. | ) *(Captioned continued on next page)* |
| | ) |
| COMMERCIAL FORCED AIR, INC., | ) Date:   August 30, 2005 |
| JOHN DOES 1-10, JANE DOES 1-10, | ) Time:   9:30 a.m. |
| DOE PARTNERSHIPS 1-10, DOE | ) Magistrate Judge: Kevin S. C. Chang |

**Exhibit "A"**

| | |
|---|---|
| CORPORATIONS 1-10, DOE ENTITIES 1-10, and DOE GOVERNMENTAL UNITS 1-10.<br><br>Defendants. | ) DEFENDANT COMMERCIAL<br>) FORCED AIR, INC.<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL FOR DEFENDANT COMMERCIAL FORCED AIR, INC.

Damon Key Leong Kupchak Hastert and Stites & Harbison, PLLC's Motion to Withdraw as Counsel for Defendant Commercial Forced Air, Inc., filed herein on August 8, 2005, came on for hearing before the Honorable Kevin S.C. Chang on August 30, 2005, at 9:30 a.m. Robert M. Yamauchi and Anabel B. Barayuga appeared on behalf of Plaintiff David Holzman. Gregory W. Kugle appeared on behalf of Damon Key Leong Kupchak Hastert and Stites & Harbison, PLLC (collectively "Withdrawing Counsel"). No appearance was made by Defendant Commercial Forced Air, Inc. The Court having read the Motion to Withdraw and all of the pleadings filed in support and in opposition to the Motion, and having heard the arguments of counsel, including in camera, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Damon Key Leong Kupchak Hastert and Stites & Harbison, PLLC's Motion to Withdraw as Counsel for Defendant Commercial Forced Air, Inc. is hereby GRANTED. Defendant Commercial Forced Air, Inc. shall obtain new counsel to

appear for it in this case. In the event that Commercial Forced Air, Inc.'s new counsel has not made an appearance before October 3, 2005, however, to insure that the Court can conduct the hearing on the Motion to Compel Arbitration filed by Plaintiff David Holzman on August 29, 2005, Withdrawing Counsel must be present at the hearing on October 3, 2005. ~~Withdrawing Counsel shall have no further obligations.~~

DATED: Honolulu, Hawaii, SEP 0 8 2005.

_____
Magistrate Judge of the Above-Entitled Court

David Holzman v. Commercial Forced Air, Inc., et al., Civil No. 04-0009 SOM-KSC, United States District Court for the District of Hawaii, ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT COMMERCIAL FORCED AIR, INC.