

# Dispute Prevention AND Resolution

1001 Bishop Street
Suite 1155 Pauahi Tower
Honolulu, Hawaii 96813

Telephone
808 . 523 . 1234

Facsimile
808 . 537 . 1377

President / CEO
Keith Hunter

Case Managers
Kelly Bryant

Evelyn Johnson

www.dpr4adr.com

February 24, 2006

***VIA FACSIMILE and CERTIFIED MAIL***

Mr. Serdar Senaydin
President
Commercial Forced Air
P.O. Box 1743
Roswell, Georgia 30077

RE: 04-0386-A: Arbitration of:
Holzman - and - Commercial Forced Air

Dear Mr. Senaydin:

Pursuant to the Court's September 29, 2005 Order Compelling Arbitration (specifically page 6, item IV), a copy of which is enclosed, we hereby request that Commercial Forced Air sign the enclosed Arbitration Agreement, and remit $4,400.00 to Dispute Prevention & Resolution, Inc. (Fed ID No. 99-0320429).

Please return the signed Agreement and deposit to DPR no later than **March 17, 2006**.

Should you have any questions regarding this matter, please feel free to contact me.

Sincerely,

Kelly Bryant
Case Manager

Kb/enclosures

Cc via fax w/out enclosures:
    Robert Yamauchi, Esq.

Emails
keithhunter@dpr4adr.com        patrickyim@dpr4adr.com        evelynjohnson@dpr4adr.com
jkh@dpr4adr.com                                              kathybryant@dpr4adr.com

Preventing Conflicts - Reaching Agreements

Exhibit "C"