IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **DAVID HOLZMAN,** ) | CIVIL NO. CV04 00009 SOM-KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| **COMMERCIAL FORCED AIR, INC.,** ) | |
| **JOHN DOES 1-10, JANE DOES 1-10,** ) | |
| **DOE PARTNERSHIPS 1-10, DOE** ) | |
| **CORPORATIONS 1-10, DOE** ) | |
| **ENTITIES 1-10 and DOE** ) | |
| **GOVERNMENTAL UNITS 1-10,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a file-stamped copy of the foregoing document will be duly served via U.S. Mail and Certified Mail, Return Receipt Requested, addressed to the following at their last known address upon filing or shortly thereafter:

COMMERCIAL FORCED AIR, INC.
P.O. BOX 1743
ROSWELL, GEORGIA 30077
ATTN: MR. SERDAR SENAYDIN, PRESIDENT

DATED: Honolulu, Hawaii, May 5, 2006.

        MACDONALD RUDY BYRNS O'NEILL & YAMAUCHI, A LIMITED LIABILITY LAW PARTNERSHIP, LLP

        _____
        ROBERT M. YAMAUCHI

        Attorney for Plaintiff
        DAVID HOLZMAN