# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV04-00009SOM-KSC

CASE NAME:         David Holzman v. Commercial Forced Air, Inc., et al.

ATTYS FOR PLA:    Robert Yamauchi

ATTYS FOR DEFT:   no appearance

---

JUDGE:    Kevin S. C. Chang          REPORTER:    FTR C5

DATE:     6/26/2006                  TIME:        9:29-9:32:13am

---

COURT ACTION:   EP: Plaintiff's Motion for Sanctions.  Mr. Yamauchi has not heard from defendant.  Motion granted.  Mr. Yamauchi to submit a supplemental declaration by 7/17/06 regarding damages and attorney fees.  Court to thereafter issue a Findings and Recommendation.

Submitted by: Shari Afuso, Courtroom Manager