**ORIGINAL**

MacDONALD RUDY BYRNS
O'NEILL & YAMAUCHI

ROBERT M. YAMAUCHI 3907-0
American Savings Bank Tower
1001 Bishop Street, Ste. 2650
Honolulu, Hawaii 96813
Telephone: (808) 523-3080
Facsimile: (808) 523-9759
E-mail: rmy@macrudylaw.com

Attorneys for Plaintiff
DAVID HOLZMAN

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **DAVID HOLZMAN**,  )<br>  )<br>  Plaintiff, )<br>  )<br>  vs. )<br>  )<br> **COMMERCIAL FORCED AIR, INC.,**)<br>**JOHN DOES 1-10, JANE DOES 1-10,**)<br>**DOE PARTNERSHIPS 1-10, DOE**)<br>**CORPORATIONS 1-10, DOE**)<br>**ENTITIES 1-10 and DOE**)<br>**GOVERNMENTAL UNITS 1-10,** )<br>  )<br>  Defendants. )<br>  )<br>  )<br>_____ ) | CIVIL NO. CV04 00009 SOM-KSC<br><br>PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS; DECLARATION OF DAVID HOLZMAN; EXHIBITS "A" - "J"; DECLARATION OF ROBERT M. YAMAUCHI; EXHIBIT "K"; CERTIFICATE OF SERVICE<br><br>Motion Heard:<br>Date: June 26, 2006<br>Time: 9:30 a.m.<br>Judge: Honorable Kevin S. C. Chang |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **DAVID HOLZMAN,**<br><br>Plaintiff,<br><br>vs.<br><br>**COMMERCIAL FORCED AIR, INC.,**<br>**JOHN DOES 1-10, JANE DOES 1-10,**<br>**DOE PARTNERSHIPS 1-10, DOE**<br>**CORPORATIONS 1-10, DOE**<br>**ENTITIES 1-10 and DOE**<br>**GOVERNMENTAL UNITS 1-10,**<br><br>Defendants. | CIVIL NO. CV04 00009 SOM-KSC<br><br>PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS |

PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN
SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS

This Supplemental Memorandum is offered by Plaintiff and Counterclaim Defendant DAVID HOLZMAN ("Plaintiff") in support of his Motion for Sanctions filed herein on May 5, 2006 (the "Motion"). As part of his support, Plaintiff incorporates by reference the arguments raised in the Motion and hereby submits the attached Declarations of David Holzman and Robert M. Yamauchi to establish the damages to be awarded to Plaintiff upon entry of default judgment against Defendant Commercial Forced Air, Inc. ("CFA").

2

Plaintiff requests that this Court sanction CFA for its repeated and continuing violations of the Court Orders (defined in the Motion) by dismissal of CFA's Counterclaim (defined in the Motion) with prejudice, by entry of default against CFA on Holzman's Complaint (defined in the Motion), and by awarding the following damages to Plaintiff:

| | |
|---|---|
| Commissions | $510,882.00 |
| Attorneys' fees, GET, and costs | $ 84,757.29 |
| Mediation fee | $  1,000.00 |
| Arbitration fee | $  4,400.00 |
| Total damages | $601,042.29 |

DATED: Honolulu, Hawaii, July 24, 2006.

> MACDONALD RUDY BYRNS O'NEILL & YAMAUCHI, A LIMITED LIABILITY LAW PARTNERSHIP, LLP
>
> _____
> ROBERT M. YAMAUCHI
>
> Attorney for Plaintiff
> DAVID HOLZMAN