1/28/1998

# Dave Holzman International, Inc.

## Davao Cold Storage Corporation Project Commission Due:

### Materials

| | | |
|---|---|---:|
| | Base Proposal Items | 667,869.00 |
| | Optional Items | 64,518.00 |
| | Total | 732,387.00 |
| | 10% Commission | 73,238.70 |
| less | Payments submitted (Check No. 6254) | 35,000.00 |
| | Remaining Balance | 38,238.70 |

v:/corresp/projects/lfc01/dhicomm

EXHIBIT "A"