**Lapanday Foods Corporation**

**Project Scope:** 4 pre-coolers, 40-pallet capacity, 768-pallet storage room

**Completed:** June, 1998

**Overview:**

Lapanday Foods Corporation, a major grower of bananas (20-25M cases/year) and pineapples, expanded its Grade A fruit operations in building a 16,000+ square feet refrigerated facility. The main reason for the construction of this facility was to be able to harvest the Grade A fruit and save it until the next ship arrived in port.

Collaborating with the Davao Cold Storage Corporation, Commercial Forced Air was contracted to provide all the design engineering and construction of four (4) pre-coolers and holding rooms.

Davao Cold Storage was designed to process over 15,000 cases a day and hold nearly 100,000 cases until exportation. By utilizing CFA's refrigeration technology, the customer was able to reduce time for loading the ocean-freighters, which cost over $10,000/day in demurrage charges.

EXHIBIT "B"