# BILLING LOG

PROJECT NAME: Del Monte - Korea (DM05)
LOCATION: Icheon DC Republic of Korea
CONTRACT AMOUNT: 788,000.00 + 23,000 36,000 (freight)
PROJECT NO: DM05

| BILLING DATE | INVOICE NO. | DESCRIPTION | AMOUNT BILLED | DATE RECEIVED | CHECK AMOUNT |
|---|---|---|---|---|---|
| 10/8/01 | 21096 | 25% dwn pymnt | 197,000.00 | 197,000.00 | 10/3/02 |
| 12/17/01 | 21110 | 60% billing | 472,800.00 | 1/4/02 | 495,800.00 |
| 12/18/01 | 21111 | freight billing | 23,000.00 | 1/4/02 | |
| | | | | 1/31/02 | 78,100.00 |
| 3/13/02 | 22021 | 15% billing | 40,100 | 3/18/02 | 40,100.00 |
| 4/25/02 | 22032 | extras billing | 36,163.75 | 5/24/02 | 36,163.00 |

40,100
10.0..

EXHIBIT "C"

CEA0066