[22-07-2003] July, 2003: Del Monte Fresh Produce – Hong Kong

In August of 2003, CFA, Inc. will be breaking ground on an expansion project at the Del Monte Fresh Produce Distribution Center in Kowloon, Hong Kong. Consisting of 4 new 40-pallet CFA-PRS-522-C rooms, this expansion comes only 9 months after the initial phase of construction completed in November of 2002. Phase One of construction consisted of a series of 8 two-tiered rooms – four 40-pallet and four 20-pallet rooms.

[21-07-2003] May, 2003: Organics Unlimited – San Diego, California

Founded by a family with roots deep in the growing of produce in Mexico, Organics Unlimited sought the help and advice of CFA, Inc. in late 2002. Their request was for CFA to help usher them into the future of forced-air ripening systems. In May of 2003, CFA completed construction on a series of new forced-air banana ripening rooms at their recently constructed distribution center located in San Diego, California. Consisting of 3 single-tier rooms and 2 double-tier rooms, the construction of this series of rooms allows Organics Unlimited maximum flexibility with their ripening schedule. These new CFA-PRS-1021 and CFA-PRS-1022C rooms, built complete with central-gassing and humidity systems, will no doubt increase the bottom line for Organics Unlimited, allowing them to offer only the freshest produce to their customers.

[20-07-2003] April, 2003: Del Monte Fresh Produce – Korea

The immediate success with prior rooms built by CFA, Inc. made the decision for Del Monte Fresh Produce (Asia) to expand their distribution center in Icheon, Korea an easy one. Since April of 2002, CFA has installed a series of 20 three-tier ripening rooms at this facility: 10 state-of-the-art, three-tier, CFA-PRS-732M banana ripening rooms completed in April of 2002, and 10 state-of-the-art, three-tier CFA-PRS-632M banana ripening rooms completed in April of 2003.

[19-07-2003] March, 2003: DAVCO – The Philippines

Located just outside of Davao City, Philippines, the Davao Agricultural Ventures Corporation (DAVCO) project was completed in March of 2003. Consisting of six one-tier, 20-pallet CFA Pressurized Ripening Rooms, this distribution center is the main ripening for DAVCO's main crop of pineapples.

[18-07-2003] February, 2003: Affiliated Foods – Amarillo, Texas

In early 2003, CFA, Inc. teamed up with Affiliated Foods, Inc., supplier of produce and other perishable goods to grocery stores and restaurants in Texas, Oklahoma, Kansas, New Mexico, Colorado, Arizona, and Wyoming. Affiliated Foods requested that CFA construct 4 new CFA-PRS-1022C pressurized ripening rooms. In addition, Affiliated Foods had 10 obsolete one-tier rooms that they wanted CFA to bring to the 21st Century. Upon completion, Affiliated Foods was able to maximize the ripening flexibility given to them by the 14 fully functioning rooms.

[05-03-2003] CFA Web Site Visitors

CANADA
NETHERLANDS
HONG KONG
MEXICO
U.K.
GREECE
AUSTRALIA
SOUTH AFRICA
SWEDEN
ISRAEL
ITALY
DOMINICAN REPUBLIC
GERMANY
SPAIN
UNITED ARAB EMIRATES

[01-03-2003] Supervalu, Largest Wholesale Grocer in the U.S. Chooses Commercial Forced Air, Inc. of Atlanta, Georgia, to Design and Construct 12, Three-Tier Pressurized Banana Ripening Rooms

(January 2001) Perryman, Maryland— SuperValu Holdings of Minneapolis, Minnesota, the largest wholesale grocer in the USA, is expanding its facility in the Perryman, Maryland, distribution warehouse. SuperValu chose Commercial Forced Air, Inc. of Atlanta, Georgia, to design and construct 12, three-tier pressurized banana ripening rooms — each room containing 42 pallets (CFA-PRS-732). All rooms will be accessorized with fully automatic venting, gassing, humidity, and state-of-the-art, computer assisted ripening/refrigeration

EXHIBIT "D"



Construction on this facility began in November 2000, and will be completed by the end of January 2001.

[01-03-2003] CFA Overhauling Fleming Companies' Ripening Operations in Superior, Wisconsin

October 2001) Atlanta, Georgia — Fleming Companies, Inc's. recent agreement to become Kmart's sole foods and consumables supplier has prompted them to upgrade the ripening operations in their Superior, Wisconsin, distribution center. Commercial Forced Air, Inc.'s previous successful installation in the Waukesha, Wisconsin, facility helped spur Fleming's decision to also contract CFA for the Superior, Wisconsin, project.
CFA is currently removing four of the existing conventional rooms and replacing them with new three tier, pressurized (CFA-PRS-326) rooms. The 36-pallet capacity rooms feature R-404A refrigeration, automatic vertical-lift doors, tarp free pressurization, controlled relative humidity, automatic gassing, ventilation, and computerized controls. The scope of construction will be split over two years.

[01-03-2003] Del Monte Expands Ripening Operations in Santa Fe Springs, California

(May 2001) Santa Fe Springs, CA — Commercial Forced Air, Inc., (CFA) headquartered in Atlanta, Georgia, was awarded the design and construction contract for the expansion of Del Monte's banana ripening facility in Santa Fe Springs, California. The expansion project will include the new construction of three 30-pallet ripening rooms. Additionally, CFA will modify the existing two tier rooms into three tier applications which will add 40 more pallets for a total of 130 pallets.

This two-phase project will commence by the end of June 2001 and is slated for completion by the end of August 2001.
CFA is proud to be associated with Del Monte Fresh Produce, N.A., and also to be involved in other major projects around the world servicing growers, shippers, and wholesalers in the fresh produce, post harvest industry.

[01-03-2003] Del Monte Chooses Commercial Forced Air, Inc. to Design and Build Its Produce Ripening Systems

(January 2001) Aurora, Colorado — Del Monte Fresh Produce N.A. is expanding its network of facilities with a new warehouse and distribution center in Aurora, Colorado. Del Monte has chosen Commercial Forced Air, Inc. of Atlanta, Georgia, to design and build its produce ripening systems, which include five cold storage rooms with over 1,000 pallet positions, and eight three-tier (CFA-532) pressurized banana ripening rooms at a capacity of 30 pallets per room. All eight of these rooms will be accessorized with fully automatic venting, gassing, humidity control and monitoring systems. All refrigeration equipment (including the banana rooms and other coolers) will be controlled by CFA's state-of-the-art, computer assisted ripening/refrigeration control and monitoring systems. Construction for this new facility will begin by the end of January, and is slated to be finished by May 2001.