# BILLING LOG

PROJECT NAME: The ~~DF-01~~ Dairy Farm Co, Ltd
LOCATION: Hong Kong, China
PROJECT NO: DF-01
CONTRACT AMOUNT: 595,000.00

| BILLING DATE | INVOICE NO. | DESCRIPTION | AMOUNT BILLED | DATE RECEIVED | CHECK AMOUNT |
|---|---|---|---|---|---|
| 1/29/02 | 2113 | 25% dwnpymnt | 148,750.00 | 2/15/02 | 148,750.00 |
| 7/1/02 | 22051 | Chg Ord. 0001 | 8,009.00 | | |
| 7/9/02 | 22054 | Chg Ord. 0002 | 1318.41 | | |
| 7/9/02 | 22055 | Chg Ord. 0003 | 464.00 | | |
| 8/19/02 | 22067 | Pension/Consolidation Invoice | 13000.00 | 13000.00 wire 8/22/02 | |
| 7/9/02 | 22020 | Final Payment | 89250.00 | 8/22/02 wire | 88834.72 |