# BILLING LOG

PROJECT NAME: Del Monte Fresh Produce
LOCATION: Hong Kong China
PROJECT NO: DM06
CONTRACT AMOUNT: 530,000

| BILLING DATE | INVOICE NO. | DESCRIPTION | AMOUNT BILLED | DATE RECEIVED | CHECK AMOUNT |
|---|---|---|---|---|---|
| 6/28/02 | 22045 | 25% billing | 132,500.00 | 7/01/02 | 132,500.00 |
| 8/6/02 | 22051 | 60% billing | 318,000.00 | 8/22/02 | 318,000.00 |
| 9/18/02 | 22082 | Change Orders | 36,385.92 | 10/21/02 | 36,385.92 |
| 10/15/02 | 22108 | 15% Final Billing | 79,500.00 | 12/2/02 | 79,500.00 |
| 10/24/02 | 22103 | Freight | 3,496.00 | | |
| 11/18/02 | 22111 | Change Order # CODM06-0202 | 14,500.00 | 12/19/02 | 14,500.00 |
| 11/18/02 | 22112 | Change Order # CODM06-0203 | 12,000.00 | 12/19/02 | 12,000.00 |
| 11/18/02 | 22113 | Change Order # CODM06-0204 | 21,605.00 | 12/19/02 | 21,605.00 |
| 11/18/02 | 22114 | Parts Order # DM06-0201 | 2,849.64 | 12/19/02 | 2,849.64 |

check total } 50,954.64

EXHIBIT "F"

CFA0081