www.forcedair.com
info@forcedair.com

550 Pharr Road, Ste 203, Atlanta GA 30305 USA

Ph. 404-816-4700
Fax 404-816-0770



# COMMERCIAL FORCED AIR - INTERNATIONAL
## BASE PROPOSAL - ORDER ACKNOWLEDGMENT
## TERMS & CONDITIONS



Purchaser: Del Monte Fresh Produce (HK) LTD
Address: 934-937 New World Office Bldg. East Wing
24 Salisbury Road, Tsimshatsui, Kawloon HK

Date 15-May-02
Quote # 22115
Purchase X
Revision Rev 3
Lease ___

Plan/Elevation: Two Tier PRS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. of Pallets: | Deep | 5 | Wide | 2 | High | 2 | | 20 |
| No. of Cases Per Layer | 6 | High | 9 | 54 cases | | | | 1080 |

Configuration CFA-PRS-522-C
LENGTH: 25'-0"  6500 mm
WIDTH: 12'-4"  3750 mm
HEIGHT: 20'-0"  6000 mm
Contact Name: Francis Cheung

Contract Date TBD
# of 2-Tier 20P rooms  4
Total capacity as per cases  4320
Phone: 852-2209-0728
Fax: 852-2723-7011
E-mail: Fcheung@hk.freshdelmonte.com

Terms: 25% Down payment with Order Confirmation & Balance Confirmed L/C

### STANDARD CFA PRS ITEMIZED MATERIALS

| CODE | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| IP-L | 4" Thick Urethane Insulated panel ceilings, facades and Partition Walls 26 g stucco embossed galv. Steel, WF | 4 | $ - | $ - |
| ESS | Support Steel for the new panels & evaporators | 4 | included | included |
| IVLD-BGD | 3200x4800mm BG Deur Insulated panel doors | 4 | included | included |
| RH2O-EO-13 | Refrig. AHU equipment for DX (direct expansion) application | 4 | included | included |
| RCSM | HP side, 1-1 Air Cooled Condensing Unit | 4 | included | included |
| IRL | Interior Room Lighting | 4 | included | included |
| SSSR-F-522 | SS storage racks, BW and GR for 522 | 4 | included | included |
| SRG-522 | Controlled humidity & Ethylene gassing | 4 | included | included |
| CFA-PRS-ME | Pressurization Control Panels & switches | 4 | included | included |
| CFA-PRS-BE | Pressurization fans | 4 | included | included |
| CFA-PRS-AL | Pressurization accessories with louvers | 4 | included | included |
| CFA-PRS-EXH | Automated ventilation for fresh air | 4 | included | included |
| CFA-CC-WIN | CFA Computer Controls for Ripening & HVR | 4 | included | included |
| CC-5 | Concrete Curbs formed with 4x5x1/4" Galv. Angle | 4 | included | included |
| | | | | included |

### ITEMIZED DESCRIPTION OF INSTALLATION LABOR

| CODE | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| LBR-IP-L | 4" Thick Urethane Insulated Partition Walls 26 g stucco embossed galv. Steel, | 4 | included | included |
| LBR-ESS | Support Steel for the new panels & evaporators | 4 | included | included |
| LBR-IVLD-BGD | 3200x4800mm BG Deur Insulated panel doors | 4 | included | included |
| L-RH2O-EO-13 | Refrig. AHU equipment for DX (direct expansion) application | 4 | included | included |
| RCSM | HP side, 1-1 Air Cooled Condensing Unit | 4 | included | included |
| LBR-IRL | Interior Room Lighting | 4 | included | included |
| L-SSSR-F-522 | SS storage racks, BW and GR for 522 | 4 | included | included |
| L-SRG-522 | Controlled humidity & Ethylene gassing | 4 | included | included |
| LBR-PRS-ME | Pressurization Control Panels & switches | 4 | included | included |
| LBR-PRS-BE | Pressurization fans | 4 | included | included |
| LBR-PRS-AL | Pressurization accessories with louvers | 4 | included | included |
| LBR-PRS-EXH | Automated ventilation for fresh air | 4 | included | included |
| LBR-CC-WIN | CFA Computer Controls for Ripening & HVR | 4 | included | included |
| LBR-CC-5 | Concrete Curbs formed with 4x5x1/4" Galv. Angle | 4 | included | included |
| | | | | included |

Customer Initials ___  Date: ___

EXHIBIT "G"

CFA, Inc. Confidential

CFA0082    Page 1



www.forcedair.com
info@forcedair.com

550 Pharr Road, Ste 203, Atlanta GA 30305 USA

Ph. 404-816-4700
Fax 404-816-0770

# COMMERCIAL FORCED AIR - INTERNATIONAL
## BASE PROPOSAL - ORDER ACKNOWLEDGMENT
## TERMS & CONDITIONS



Purchaser: Del Monte Fresh Produce (HK) Ltd.
Address: 934-937 New World Office Bldg. East Wing
24 Salisbury Road, Tsimshatsui, Kawloon HK

Date: 15-May-02
Quote #: 22115   Revision: Rev 3
Purchase: X      Lease:

Plan/Elevation: Two Tier PRS

| | | No. of Pallets: | Deep 10 | Wide 2 | High 2 | 40 |
| | | No. of Cases Per Layer | 6 | High 9 | 54 cases | 2160 |

Configuration: CFA-PRS-1022-C
LENGTH: 45'-0"   13550 mm
WIDTH: 12'-4"    3750 mm
HEIGHT: 20'-0"   6000 mm
Contact Name: Francis Cheung

Contract Date: TBD
# of 2-Tier 40P rooms: 4
Total capacity as per cases: 8640
Phone: 852-2209-0728
Fax: 852-2723-7011
E-mail: Fcheung@hk.freshdelmonte.com

Terms: 25% Down payment with Order Confirmation & Balance Confirmed L/C

### STANDARD CFA-PRS ITEMIZED MATERIALS

| CODE | Description | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| IP-L | 4" Thick Urethane Insulated panel ceilings, facades and Partition Walls 26 g stucco embossed galv. Steel, WF | 4 | $ - | $ - |
| ESS | Support Steel for the new panels & evaporators | 4 | included | included |
| IVLD-BGD | 3200x4800mm BG Deur Insulated panel doors | 4 | included | included |
| RH2O-EO-13 | Refrig. AHU equipment for DX (direct expansion) application | 4 | included | included |
| RCSM | HP side, 1-1 Air Cooled Condensing Unit | 4 | included | included |
| IRL | Interior Room Lighting | 4 | included | included |
| SSSR-F-522 | SS storage racks, BW and GR for 1022 | 4 | included | included |
| SRG-522 | Controlled humidity & Ethylene gassing | 4 | included | included |
| CFA-PRS-ME | Pressurization Control Panels & switches | 4 | included | included |
| CFA-PRS-BE | Pressurization fans | 4 | included | included |
| CFA-PRS-AL | Pressurization accessories with louvers | 4 | included | included |
| CFA-PRS-EXH | Automated ventilation for fresh air | 4 | included | included |
| CFA-CC-WIN | CFA Computer Controls for Ripening & HVR | 4 | included | included |
| CC-5 | Concerete Curbs formed with 4x5x1/4" Galv. Angle | 4 | included | included |
| | | | | included |

### ITEMIZED DESCRIPTION OF INSTALLATION LABOR

| CODE | Description | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| LBR-IP-L | 4" Thick Urethane Insulated Partition Walls 26 g stucco embossed galv. Steel, | 4 | $ - | $ - |
| LBR-ESS | Support Steel for the new panels & evaporators | 4 | included | included |
| LBR-IVLD-BGD | 3200x4800mm BG Deur Insulated panel doors | 4 | included | included |
| L-RH2O-EO-13 | Refrig. AHU equipment for DX (direct expansion) application | 4 | included | included |
| LBR-RCSM | HP side, 1-1 Air Cooled Condensing Unit | 4 | included | included |
| LBR-IRL | Interior Room Lighting | 4 | included | included |
| L-SSSR-F-522 | SS storage racks, BW and GR for 1022 | 4 | included | included |
| L-SRG-522 | Controlled humidity & Ethylene gassing | 4 | included | included |
| LBR-PRS-ME | Pressurization Control Panels & switches | 4 | included | included |
| LBR-PRS-BE | Pressurization fans | 4 | included | included |
| LBR-PRS-AL | Pressurization accessories with louvers | 4 | included | included |
| LBR-PRS-EXH | Automated ventilation for fresh air | 4 | included | included |
| LBR-CC-WIN | CFA Computer Controls for Ripening & HVR | 4 | included | included |
| LBR-CC-5 | Concerete Curbs formed with 4x5x1/4" Galv. Angle | 4 | included | included |
| | | | | included |

Customer Initials _____   Date: _____

www.forcedair.com  
info@forcedair.com  
550 Pharr Road, Ste 203, Atlanta GA 30305 USA  
Ph. 404-816-4700  
Fax 404-816-0770

| Code | PROJECT MANAGEMENT & ENGINEERING-DRAFTING | Qty | Unit | Total |
|---|---|---|---|---|
| CFA-PM | Project Management & Supervision per week | 7 | included | included |
| CFA-CAD | Engineering & Drafting, Manuals for Maintenance | 1 | included | included |
| CFA-RENTAL | Rental Equipment like Scissors lifts and FL | 6 | by customer | by customer |
| CFA-TVL | Travel cost & Local Accom for Crews to and from the PS | 7 | included | included |
|  |  |  |  | included |

| Code | NON-STANDARD OPTIONS | Qty | Unit | Total |
|---|---|---|---|---|
| CFA-RO | Reverse Osmosis Water filteration for Humidity | 1 | $ 5,200 | $ 5,200 |
| CFA-HMS | Radio Frequency Remote Controller for Computer | 1 | $ 4,000 | $ 4,000 |
|  |  | 0 | 0 | $ - |
|  |  | 0 | 0 | $ - |
|  |  |  |  | $ 9,200.00 |

**EXCLUSIONS-ITEMS OR TASKS NOT INCLUDED WITH THIS PROPOSAL**

Main Utilities like water, sewer, power, fire sprinklers or telephone  
Main electrical service or main power distribution panel for the banana rooms.  
Any sub-panels with breakers inside at the engine room and for the ripening rooms  
Any superstructure to support the refrigeration equipment other than what is included.  
The debris removal from the site and subsequent transportation charges  
Any structural modifications if required for the 2-tiered room area  
Main water hose bibbs for humidity application  
Roof top handling, if additional curbs and stands are required  
Bollards (door protection) and their installation.  
Sprinkler systems in & out side the ripening rooms are by others, but can be handled on a cost +18% basis  
Any existing demolition work other than identified.  
Floor drains and under-floor plumbing.  
Ceiling and roof modifications to existing room/building.  
Main electrical service or main power distribution panel for the banana rooms.  
Dedicated phone lines if non standard computerized controls are selected as an option  
Any item not covered under the original scope of the work.

_Additional Terms & Conditions are hereby acknowledged by:_   Customer Initials _____   Date: _____

www.forcedair.com  
info@forcedair.com  
550 Pharr Road, Ste 203, Atlanta GA 30305 USA  
Ph. 404-816-4700  
Fax 404-816-0770

| Purchaser | Del Monte Fresh Produce (HK) LTD, | | | |
|---|---|---|---|---|
| Address: | 24 Salisbury Road, Tsimshatsui, Kawloon HK | Date 15-May-02 | | |
| | | Quote # 22115 | Revision | Rev 3 |

**PROJECT GRAND TOTAL WITH STANDARD OPTIONS AND APPLICABLE TAXES**

| Code | Description | | |
|---|---|---|---|
| CFA-PRS-MTL | Sub-Total for Materials | | included |
| CFA-PRS-LBR | Sub Total for Labor | | included |
| CFA-PRS-FRT | Sub-Total for Freight | | included |
| CFA-PM-ED | Sub-Total for Project Management | | included |
| CFA-SLSTAX | Customs Duties, Use or Sales Taxes | | included |
| CFA-PLN-INS | Plan Inspection fees and Permit Charges | | Not INCLD |
| | | | Not INCLD |

| | | |
|---|---|---|
| Complete project Cost for 20 pallet sized rooms | Sub-Total | $ 262,280.00 |
| Discount for 20 pallet sized rooms | | $ (25,720.00) |
| Sub Total for 20 pallet sized rooms | | $ 236,560.00 |
| Complete project Cost for 40 pallet sized rooms | Sub-Total | $ 327,140.00 |
| Discount for 40 pallet sized rooms | | $ (28,980.00) |
| Sub Total for 40 pallet sized rooms | | $ 298,160.00 |

| | | |
|---|---|---|
| Total Project Cost for 20 & 40 pallet sized rooms | | $ 589,420.00 |
| | Total Discount | $ (54,700.00) |
| Dated: 15-May-02   Final Sales Price | | $ 534,720.00 |

Rec'd By  
Date Rec'd

NS = Non-standard option (any item not offered as a regular option)  
Purchaser acknowledges and accepts that a check for non-standard options must be paid for upon signing of this document. Monies paid towards non-standard options shall be applied towards the purchase price. Should Purchaser cancel the PO for **any** reason, the down payment is non-refundable.

Terms of Sale:    <u>25% Down payment with Order Confirmation & Balance Confirmed L/C</u>

Purchaser _____    Date _____

CFA, Inc. _____    Date _____

Purchaser acknowledges and accepts that the standard features and options offered are specific to this original quote and may not be the same in other CFA installations.

**Purchaser acknowledges and accepts that no changes to the above options, impacting construction, can be made unless a Change Order Amemdment has been made by CFA and confirmed by Purchaser by a signature and payment.**

Customer Initials _____    Date: _____

CFA retains the right to use media like photos, videos and promotional materials upon completion of the project. Purchaser acknowledges that CFA has the authorization to bring in future clients to review CFA built facilities with an advance notice.

Purchaser _____    Date _____

Purchase Order _____    Date _____

Salesperson _____    Date _____

Field Manager _____    Date _____

Approved by _____    Date _____