www.forcedair.com  
info@forcedair.com  
550 Pharr Road, Ste 203, Atlanta GA 30305 USA  
Ph. 404-816-4700  
Fax 404-816-0770



COMMERCIAL FORCED AIR INTERNATIONAL



10th Year Anniversary

| Purchaser | Del Monte Fresh Produce (Philippines) Inc. | | | Date | 26-Jun-02 | | |
|---|---|---|---|---|---|---|---|
| Address | *th. Floor Pacific Star Bldg. | | | Quote # | 22108 | Revision | Rev/ 5 |
| | Sen. Gil Puyat Ave. Cor Makati Ave | | | Purchase | X | Lease | |
| | Makati City, Philippines | | | | | | |
| Plan/Elevation | 6-1Tier Forced Air Pre-Coolers | No. of Pallets: | Deep 10 | Wide 2 | High 1 | | 20 |
| | Six Single Tunnels | No. of Cases Per Layer | 10 | High 7 | 70 cases | | 1400 |
| Configuration | CFA-PRS-1021-C | | | | Contract Date | | TBD |
| LENGTH: | 52' - 6" | 16000 mm | | # of 1-Tier 20P FA Cells | | | 6 |
| WIDTH: | 78' - 8" | 24000 mm | | | | | |
| HEIGHT: | 11' - 6" | 3500 mm | | Total capacity as per cases | | | 8400 |
| Contact Name: | Luis Laya | | | Phone: | 63-2-811-5571 | | |
| cc: | Carlos E.Q. Barquero | | | Fax: | 63-2-811-5693 | | |
| Terms: 25% Down payment with Order Confirmation & Balance Confirmed L/C | | | | E-mail: | luislaya@skyinet.net | | |

(handwritten: Pineapple)

### STANDARD CFA-PRS ITEMIZED MATERIALS

| CODE | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| IP-L | 4" Thick Urethane Insulated panel ceilings, facades and Partition Walls 26 g stucco embossed galv. Steel, WF | 1 | $ 54,898 | $ 54,898 |
| ESS | Support Steel for the new panels & evaporators | 0 | $ 1,000 | $ - |
| IVLD-BGD | 3200x3200mm Sliding Insulated panel doors | 8 | $ 2,455 | $ 19,640 |
| RH2O-EO-13 | Refrig. AHU equipment for DX (direct expansion) application | 6 | $ 6,200 | $ 37,200 |
| RCSM | 35HP Condensing Units | 6 | $ 11,000 | $ 66,000 |
| IRL | Interior Room Lighting | 6 | $ 1,850 | $ 11,100 |
| SSSR-F-522 | SS storage racks, BW and GR for 1021 | 6 | $ 4,375 | $ 26,250 |
| SRG-522 | Controlled humidity | 0 | $ 1,998 | $ - |
| CFA-PRS-ME | Pressurization Control Panels & switches | 1 | $ 3,400 | $ 3,400 |
| CFA-PRS-BE | Pressurization fans | 12 | $ 750 | $ 9,000 |
| CFA-PRS-AL | Pressurization accessories with louvers | 6 | $ 2,812 | $ 16,872 |
| CFA-PRS-EXH | Automated ventilation for fresh air | 0 | $ 2,750 | $ - |
| CFA-CC-WIN | CFA Manual Controls for Pre-Cooling | 6 | $ 550 | $ 3,300 |
| CC-5 | Concrete Curbs formed with 4x5x1/4" Galv. Angle | 6 | $ 750 | $ 4,500 |
| | | | | $ 252,160 |

### ITEMIZED DESCRIPTION OF INSTALLATION LABOR

| CODE | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| LBR-IP-L | 4" Thick Urethane Insulated Partition Walls 26 g stucco embossed galv. Steel, | 1 | $ 27,545 | $ 27,545 |
| LBR-ESS | Support Steel for the new panels & evaporators | 0 | $ 150 | $ - |
| LBR-IVLD-BGD | 3200x3200mm Sliding Insulated panel doors | 8 | $ 800 | $ 6,400 |
| L-RH2O-EO-13 | Refrig. AHU equipment for DX (direct expansion) application | 6 | $ 2,350 | $ 14,100 |
| LBR-RCSM | 35HP Condensing Units | 6 | $ 3,900 | $ 23,400 |
| LBR-IRL | Interior Room Lighting | 6 | $ 748 | $ 4,488 |
| L-SSSR-F-522 | SS storage racks, BW and GR for 522 | 6 | $ 1,200 | $ 7,200 |
| L-SRG-522 | Controlled humidity & Ethylene gassing | 0 | $ 690 | $ - |
| LBR-PRS-ME | Pressurization Control Panels & switches | 1 | $ 1,690 | $ 1,690 |
| LBR-PRS-BE | Pressurization fans | 12 | $ 250 | $ 3,000 |
| LBR-PRS-AL | Pressurization accessories with louvers | 6 | $ 1,584 | $ 9,504 |
| LBR-PRS-EXH | Automated ventilation for fresh air | 0 | $ 875 | $ - |
| LBR-CC-WIN | CFA Manual Controls for Pre-Cooling | 6 | $ 350 | $ 2,100 |
| LBR-CC-5 | Concrete Curbs formed with 4x5x1/4" Galv. Angle | 6 | $ 310 | $ 1,860 |
| | | | | $ 101,287 |

Customer Initials _____  Date: _____

CFA, Inc. Confidential    6/26/2002    Page 1

EXHIBIT "H"

P00083

www.forcedair.com  
info@forcedair.com   550 Pharr Road, Ste 203, Atlanta GA 30305 USA    Ph. 404-816-4700  
Fax 404-816-0770

  

| | | |
|---|---|---|
| Purchaser | Del Monte Fresh Produce (Philippines) Inc. | |
| Address | 7th. Floor Pacific Star Bldg. | |
| | Sen. Gil Puyat Ave. Cor Makati Ave | |
| | Makati City, Philippines | |
| Plan/Elevation | Cold Storage Room | |

| Date | 26-Jun-02 | | |
|---|---|---|---|
| Quote # | 22108 | Revision | Rev/ 5 |
| Purchase | X | Lease | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. of Pallets: | Deep | 12 | Wide | 24 | High | 1 | | 288 |
| No. of Cases Per Layer | 10 | | High | 7 | 70 cases | | | 20160 |
| Configuration | 24 Bays Open Storage | | | | Contract Date | | | TBD |
| LENGTH: | 98'- 3" | 30000 mm | | | # of Cold Storage Rooms | | | 1 |
| WIDTH: | 59'- 1" | 18000 mm | | | | | | |
| HEIGHT: | 11'- 6" | 3500 mm | | | Total capacity as per cases | | | 20160 |
| Contact Name: | Luis Laya | | | | Phone: | 63-2-811-5571 | | |
| | | | | | Fax: | 63-2-811-5693 | | |
| Terms: 25% Down payment with Order Confirmation & Balance Confirmed L/C | | | | | E-mail: | luislaya@skyinet.net | | |

### STANDARD CFA PRS ITEMIZED MATERIALS

| Code | Description | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| IP-L | 4" Thick Urethane Insulated panel ceilings, facades and Partition Walls 26 g stucco embossed galv. Steel, WF | 1 | $ 40,000 | $ 40,000 |
| ESS | Support Steel for the new panels & evaporators | 0 | $ 1,000 | $ - |
| LBR-IVLD-BGD | 3200x3200mm Sliding Insulated panel doors | 2 | $ 800 | $ 1,600 |
| RH2O-EO-13 | Refrigeration AHU equipment for central application | 5 | $ 3,150 | $ 15,750 |
| RCSM | 15HP Condensing Units | 5 | $ 5,800 | $ 29,000 |
| IRL | Interior Room Lighting | 1 | $ 2,820 | $ 2,820 |
| SSSR-F-522 | SS storage racks, BW and GR for 522 | 0 | $ - | $ - |
| SRG-522 | Controlled humidity | 0 | $ 1,998 | $ - |
| CFA-PRS-ME | Pressurization Control Panels & switches | 0 | $ 1,680 | $ - |
| CFA-PRS-BE | Pressurization fans | 0 | $ 2,950 | $ - |
| CFA-PRS-AL | Pressurization accessories with louvers | 0 | $ 4,800 | $ - |
| CFA-PRS-EXH | Automated ventilation for fresh air | 0 | $ 1,734 | $ - |
| LBR-CC-WIN | CFA Manual Controls for Pre-Cooling | 5 | $ 550 | $ 2,750 |
| CC-5 | Concrete Curbs formed with 4x5x1/4" Galv. Angle | 0 | $ 1,380 | $ - |
| | | | | $ 91,920 |

### ITEMIZED DESCRIPTION OF INSTALLATION LABOR

| Code | Description | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| LBR-IP-L | 4" Thick Urethane Insulated Partition Walls 26 g stucco embossed galv. Steel, | 1 | $ 18,900 | $ 18,900 |
| LBR-ESS | Support Steel for the new panels & evaporators | 0 | $ 150 | $ - |
| LBR-IVLD-BGD | 3200x3200mm Sliding Insulated panel doors | 2 | $ 800 | $ 1,600 |
| L-RH2O-EO-13 | Refrigeration AHU equipment for central application | 5 | $ 1,000 | $ 5,000 |
| LBR-RCSM | 15HP Condensing Units | 5 | $ 3,000 | $ 15,000 |
| LBR-IRL | Interior Room Lighting | 1 | $ 475 | $ 475 |
| L-SSSR-F-522 | SS storage racks, BW and GR for 522 | 0 | $ 2,900 | $ - |
| L-SRG-522 | Controlled humidity | 0 | $ 690 | $ - |
| LBR-PRS-ME | Pressurization Control Panels & switches | 0 | $ 1,650 | $ - |
| LBR-PRS-BE | Pressurization fans | 0 | $ 500 | $ - |
| LBR-PRS-AL | Pressurization accessories with louvers | 0 | $ 2,520 | $ - |
| LBR-PRS-EXH | Automated ventilation for fresh air | 0 | $ 875 | $ - |
| LBR-CC-WIN | CFA Manual Controls for Pre-Cooling | 5 | $ 350 | $ 1,750 |
| LBR-CC-5 | Concrete Curbs formed with 4x5x1/4" Galv. Angle | 0 | $ 350 | $ - |
| | | | | $ 42,725 |

Customer Initials _____    Date: _____

www.forcedair.com  
info@forcedair.com  
550 Pharr Road, Ste 203, Atlanta GA 30305 USA  
Ph. 404-816-4700  
Fax 404-816-0770

Purchaser: Del Monte Fresh Produce (Philippines) Inc.  
Address: Sen. Gil Puyat Ave. Cor Makati Ave  
Date: 26-Jun-02  
Quote # 22108   Revision   Rev/ 5

### ITEMIZED FREIGHT DESCRIPTION

| CODE | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| FRT-IP-L | 4" Thick Urethane Insulated Partition Walls 26 g stucco embossed galv. Steel | 1 | $ By DMFP | $ By DMFP |
| FRT-ESS | Support Steel for the new panels & evaporators | 1 | By DMFP | By DMFP |
| FRT-IVLD-BGD | 3200x3200mm Sliding Insulated panel doors | 1 | By DMFP | By DMFP |
| F-RH2O-EO-13 | Refrigeration AHU equipment for central application | 1 | By DMFP | By DMFP |
| FRT-RCSM | High Pressure side Evaporative Condenser & CR | 1 | By DMFP | By DMFP |
| FRT-IRL | Interior Room Lighting | 1 | By DMFP | By DMFP |
| F-SSSR-F-522 | SS storage racks, BW and GR for 522 | 1 | By DMFP | By DMFP |
| F-SRG-522 | Controlled humidity & Ethylene gassing | 1 | By DMFP | By DMFP |
| FRT-PRS-ME | Pressurization Control Panels & switches | 1 | By DMFP | By DMFP |
| FRT-PRS-BE | Pressurization fans | 1 | By DMFP | By DMFP |
| FRT-PRS-AL | Pressurization accessories with louvers | 1 | By DMFP | By DMFP |
| FRT-PRS-EXH | Automated ventilation for fresh air | 1 | By DMFP | By DMFP |
| FRT-CC-WIN | CFA Computer Controls for Ripening & HVR | 1 | By DMFP | By DMFP |
| FRT-CC-5 | Concrete Curbs formed with 4x5x1/4" Galv. Angle | 1 | By DMFP | By DMFP |
| Notes: | DMFP Boats are operating weekly between Davao & CFA Fabrication points in S. Korea | | | By DMFP |

### PROJECT MANAGEMENT & ENGINEERING DRAFTING

| CODE | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| CFA-PM | Project Management & Supervision per week | 4 | $ 3,600 | $ 14,400.00 |
| CFA-CAD | Engineering & Drafting, Manuals for Maintenance | 1 | $ 7,500 | $ 7,500.00 |
| CFA-RENTAL | Rental Equipment like Scissors lifts and FL | 4 | $ 800 | $ 3,200.00 |
| CFA-TVL | Travel cost & Local Accom for Crews to and from the PS | 4 | $ 1,850 | $ 7,400.00 |
| | | | | $ 32,500.00 |

### NON-STANDARD OPTIONS

| CODE | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| CFA-RO | Reverse Osmosis Water filteration for Humidity | 1 | $ 5,200 | $ 5,200 |
| CFA-HMS | Radio Frequency Remote Controller for Computer | 1 | $ 4,000 | $ 4,000 |
| CFA-CC-WIN | CFA Computer Controls in Lieu of Manual (Add on only) | 11 | 3976 | $ 43,736.00 |
| RCSM | HP side, a remote Condenser & multi compressor rack | 1 | No Charge | No Charge |
| | | | | $ 52,936.00 |

### EXCLUSIONS: ITEMS OR TASKS NOT INCLUDED WITH THIS PROPOSAL

Main Utilities like water, sewer, power, fire sprinklers or telephone  
Main electrical service or main power distribution panel for the banana rooms.  
Any sub-panels with breakers servicing the pre-cooler & cold storage room rooms  
Any superstructure to support the refrigeration equipment other than what is included.  
The debris removal from the site and subsequent transportation charges  
Any structural modifications if required  
Main water hose bibbs for humidity application  
Roof top handling, if additional curbs and stands are required  
Bollards (door protection) and their installation  
Sprinkler systems in & out side the PC & CS rooms are by others if required  
Any existing demolition work other than identified.  
Floor drains and under-floor plumbing.  
Ceiling and roof modifications to existing room/building.  
Main electrical service or main power distribution panel for the rooms.  
Dedicated phone lines if non standard computerized controls are selected as an option  
Any item not covered under the original scope of the work.

Additional Terms & Conditions are hereby acknowledged by   Customer Initials _____   Date: _____

www.forcedair.com  
info@forcedair.com  
550 Pharr Road, Ste 203, Atlanta GA 30305 USA  
Ph. 404-616-4700  
Fax 404-616-0770

| | Purchaser | Del Monte Fresh Produce (Philippines) Inc. | | Date 26-Jun-02 | | |
|---|---|---|---|---|---|---|
| | Address: | Sen. Gil Puyat Ave. Cor Makati Ave | | Quote # 22108 | Revision | Rev/ 5 |
| CFA-PRS-MTL | Sub-Total for Materials | | | $ 252,160 | $ 91,920 | $ 344,080.00 |
| CFA-PRS-LBR | Sub Total for Labor | | | $ 101,287 | $ 42,725 | $ 144,012.00 |
| CFA-PRS-FRT | Sub-Total for Freight | | | | | By DMFP |
| CFA-PM-ED | Sub-Total for Project Management | | | $ 20,000 | $ 12,500 | $ 32,500.00 |
| CFA-SLSTAX | Customs Duties, Use or Sales Taxes | | | | | Not INCLD |
| CFA-PLN-INS | Plan Inspection fees and Permit Charges | | | | | Not INCLD |
| | Complete project Cost | | Sub-Total | $ 373,447 | $ 147,145 | $ 520,592.00 |

Rec'd By: _____  
Date Rec'd: _____  
Dated: 26-Jun-02  
Final Sales Price  
Discount    $  (8,592.00)  
$  512,000.00

NS = Non-standard option (any item not offered as a regular option)  
Purchaser acknowledges and accepts that a check for non-standard options must be paid for upon signing of this document. Monies paid towards non-standard options shall be applied towards the purchase price. Should Purchaser cancel the PO for **any** reason, the down payment is non-refundable.

Terms of Sale:    25% Down payment with Order Confirmation & Balance Confirmed L/C

Purchaser _____    Date _____

CFA, Inc. _____    Date _____

Purchaser acknowledges and accepts that the standard features and options offered are specific to this original quote and may not be the same in other CFA installations.

Purchaser acknowledges and accepts that no changes to the above options, impacting construction, can be made unless a Change Order Amemdment has been made by CFA and confirmed by Purchaser by a signature and payment.

Customer Initials _____  Date: _____

CFA retains the right to use media like photos, videos and promotional materials upon completion of the project. Purchaser acknowledges that CFA has the authorization to bring in future clients to review CFA built facilities with an advance notice.

Purchaser _____    Date _____  
Purchase Order _____    Date _____  
Salesperson _____    Date _____  
Field Manager _____    Date _____  
Approved by _____    Date _____

P00086