news



| Home | Contact US | Services | Products | Success Cases | Customers List |

What we do
Products
Services
Who we are
News
Virtual Tour
Projects and Offices

# CFA news

## PMA Fresh Summit - 2004
CFA, Inc. has signed on to exhibit at this year's Produce Marketking Association's Fresh Sumit International Convention & Exposition. To take place at the Anaheim Convention Center in Anaheim, California, the convention will take place from October 15 - October 19, 2004. CFA will be located near the main entrance, at booth #1715. To find out more about our booth or the exposition in general, feel free to visit the PMA online at www.pma.com.

## Seicomart Company, Ltd. – Sapporo, Hokkaido, Japan
A strong retailer, Seicomart Company Ltd. in Sapporo, Hokkaido, Japan, with 1,200 stores, contacted CFA for help in building a new ripening facility. Eager to help a new client venturing into the area of in-house ripening for the first time, CFA was able to meet with Seico International Trading and give them a tour of several of our existing facilities. In the end, CFA was commissioned to construct new pressurized ripening rooms and a cold storage room. In early June of 2004, CFA will begin construction on three 20-pallet CFA-PRS-522 ripening rooms and one cold-storage room. In addition to helping Seicomart Company, Ltd. with their in-house ripening, CFA was also able to customize a plan where Seicomart could import bananas directly. The implementation of this new plan will help add to Seicomart Company Ltd.'s bottom line by saving them initial cost on a per-case basis.

## San Vicente Terminal – Davao City, The Philippines
After previous successful projects completed in The Philippines, in March of 2004 CFA returned to the island nation to break ground on a brand new Banana Pre-Cooling and Holding Facility. CFA is installing three 2-tiered cold storage rooms and three 2-tiered forced air pre-cooling rooms. These rooms are located at the San Vicente Terminal on the Tadeco Wharf and will enable Tagum Development Corporation (TADECO) to improve their banana shipments to Del Monte Fresh Fruit clients in the Asia-Pacific and Middle Eastern regions.

## San Francisco Banana – South San Francisco, California
San Francisco Banana in South San Francisco, CA, sought the help of CFA to design and install a series of ripening rooms in early 2004. After a thorough analysis of the existing facility, CFA and San Francisco Banana decided on 3 two-tiered PRS Rooms in CFA-PRS-1222 format. These unique rooms are completely self-supporting and Seismic Zone IV rated and are in a 12-pallet deep, 2-pallet wide, and 2-pallet high configuration. With the project completed in early May 2004, San Francisco Banana has the flexibility of ripening up to 6,912 additional cases of fruit simultaneously.

## Mid Mountain Foods – Abingdon, Virginia
In early 2003, Mid Mountain Foods, an existing customer of CFA, contacted our offices to collaborate on the addition of a series of new banana rooms. CFA was contracted to build an additional 4 two-tiered rooms in CFA-PRS-622 format at Mid Mountain Foods' distribution center in Abingdon, Virginia. Additionally, Mid Mountain Foods requested that CFA upgrade the computer systems of the 8 existing rooms in their facility, as well as do a general rehabilitation on both the outside and inside of the rooms. Construction was

EXHIBIT "I"

news

completed in early November 2003.

**Del Monte Fresh Produce – Hong Kong**
In August of 2003, CFA, Inc broke ground on an expansion project at the Del Monte Fresh Produce Distribution Center in Kowloon, Hong Kong. Consisting of 4 new 40-pallet CFA-PRS-522-C rooms, this expansion came only 9 months after the initial phase of construction completed in November of 2002. Phase One of construction consisted of a series of 8 two-tiered rooms – four 40-pallet and four 20-pallet rooms.