05/23/2004  14:12   4048150770                CFA INC                                    PAGE  02/05

**COMMERCIAL FORCED AIR, INC.**                                         REGIONS BANK                     0215
550 PHARR RD, SUITE 203                                                  GEORGIA
ATLANTA, GA 30305                                                        64-437/611

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 0215 | Mar 1, 2002 | |

PAY   Four Thousand Seven Hundred Thirty and 80/100 Dollars

CHECK AMOUNT
******$4,730.80

TO THE    MJR Corp. c/o Dave Holzman
ORDER OF  46-A Portlock Road
          Honolulu, HI 96825
          US

⑃002151⑃  ⑃061101375⑃  65 5651 8591⑃                    ⑃00004730800⑃

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

FIRST HAWAIIAN BK    >124301015<
HONOLULU HAWAII
030129093  03-05-02
030129093  03-05-02  05 45028585

021000013
MR
                                            Credit to the Account of
                                            Named Payee(s) by
                                            CHARLES SCHWAB & CO., INC.
                                            Pay To The Order Of
                                            First Hawaiian Bank - 12130 1015
                                            For Deposit Only
                                            Account #48-028685

EXHIBIT "J"

06/23/2004  14:12   4048160770                    CFA INC                                              PAGE  03/05

**COMMERCIAL FORCED AIR, INC.**
1068 CAMBRIDGE SQUARE
SUITE C
ALPHARETTA, GA 30004

NationsBank
National Bank of GEORGIA NA     610        006383

VOID  VOID  VOID

| CHECK NO. | CHECK DATE | VENDOR NO. |

**CHECK AMOUNT**
$********2,680.00

PAY: TWO THOUSAND SIX HUNDRED EIGHTY AND NO/100************
DOLLARS

TO THE ORDER OF: DAVE HEITMAN INT'L INC

⑈006383⑈  ⑆061000052⑆  0553038⑈

For deposit in
BANK OF HAWAII 121301020
to the credit of
DH INTERNATIONAL INC.
0301-049372

06/23/2004  14:12    4048 8770                CFA INC                                PAGE  04/05

**COMMERCIAL FORCED AIR, INC.**
1026 CAMBRIDGE SQUARE
SUITE C
ALPHARETTA, GA 30004

NationsBank
N.A. (South) Atlanta, GA    64-5/610                    00635

| CHECK NO. | CHECK DATE | VENDOR NO. |

CHECK AMOUNT

For deposit in
BANK OF HAWAII 121301028
to the credit of
DH INTERNATIONAL INC.
0301-049372

06/23/2004  14:12  404 0770  CFA INC  PAGE 05/05

**COMMERCIAL FORCED AIR, INC**
1000 CAMBRIDGE SQUARE
SUITE C
ALPHARETTA, GA 30004

NationsBank
NationsBank of GEORGIA, N.A.   545/610   00625

VOID

| CHECK NO. | CHECK DATE | VENDOR NO. |

CHECK AMOUNT

$****35,000.00

FIFTY-FIVE THOUSAND AND 00/100 DOLLARS

⚙006254⚙  ⚙061000052:001 0553038⚙

For deposit in
BANK OF HAWAII 12130102B
to the credit of
DH INTERNATIONAL INC2
0091046272