# MacDonald Rudy Byrns O'Neill & Yamauchi

a Limited Liability Law Partnership, LLP
American Savings Bank Tower, Suite 2650, 1001 Bishop Street
Honolulu, Hawaii 96813
FED. ID No. 99-0333877

David H. Holzman
469 A Portlock Road
Honolulu HI 96825

July 14, 2004

Re:    Commercial Forced Air
        Invoice # 10011

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/13/2002 | Telephone conference with Mr. Holzman re consultig agreement. | 0.20 200.00/hr | 39.94 |
| 12/27/2002 | Analyze and review claim for commissions; Telephone conference with Mr. Holzman re factual background and terms of agency agreement. | 1.40 200.00/hr | 280.00 |
| 2/6/2003 | Prepare letter to Commercial Forced Air re accounting and commissions due; Prepare letter to Star Markets re collection of Judgment. | 3.20 200.00/hr | 640.00 |
| 2/10/2003 | Telephone conference with Mr. Holzman re CFA contract terms; Finalize and transmit letter. | 0.20 200.00/hr | 40.00 |
| 7/8/2003 | Telephone conference with Mr. Holzman re R Lum. | 0.20 200.00/hr | 40.00 |
| 9/2/2003 | Prepare R Lum affidavit; Telephone conference with Mr. Holzman re same. | 0.80 200.00/hr | 160.00 |
| 9/16/2003 | Analyze claims. | 1.50 200.00/hr | 300.00 |
|  | Discussion with RMY regarding Holzman Complaint | 0.30 125.00/hr | 37.50 |
| 9/22/2003 | Review correspondence and notes | 2.20 125.00/hr | 275.00 |
| 9/25/2003 | Research circuit court jurisdiction; internet search and download information, procedure, forms, etc.; review file and notes; determine closed CFA transactions. | 3.30 125.00/hr | 412.50 |

EXHIBIT "K"

David H. Holzman                                      Invoice #   10011           Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/7/2003 | Draft Complaint | 2.20 125.00/hr | 275.00 |
| 10/8/2003 | Continue drafting Complaint; add declatory judgement, promissory estopple and relief. | 1.10 125.00/hr | 137.50 |
| 10/9/2003 | Draft Complaint | 2.50 125.00/hr | 312.50 |
| 10/10/2003 | Review correspondence files; prepare transaction notes; revise Complaint; complete review of unsigned contracts. | 3.40 125.00/hr | 425.00 |
| 10/12/2003 | Examine possible conflict claims; Review agency/principle relationship | 1.00 125.00/hr | 125.00 |
| 10/13/2003 | Review prior sales trasactions | 0.20 125.00/hr | 25.00 |
| 10/15/2003 | Telephone conference with Mr. Holzman re additional evidence of agency relationship. | 0.20 200.00/hr | 40.00 |
|  | Continue to review sales transactions; revise Complaint; search on the internet for CFA on Georgia website | 3.20 125.00/hr | 400.00 |
| 10/16/2003 | Review Promissory Estoppel, misrepresentation; conference with RMY re same and statute of fraud; review proposals and other documents received and take notes; incorporate promissory estopple into complaint. | 4.20 125.00/hr | 525.00 |
|  | Telephone conference with Mr. Holzman re additional documents. | 0.20 200.00/hr | 40.00 |
| 10/17/2003 | Review draft complaint. | 1.20 200.00/hr | 240.00 |
| 10/21/2003 | Conference with RMY and revise complaint to incorporate suggestions; Further revisions to Complaint; draft contract terms; revise facts; perform Westlaw research under personal jurisdiction | 2.80 125.00/hr | 350.00 |
| 10/23/2003 | Further Westlaw research re promissory estoppel; revise Complaint | 1.20 125.00/hr | 150.00 |
| 10/28/2003 | Conference with RMY re possible defendants and revise complaint re same; continue revisions of complaint | 1.30 125.00/hr | 162.50 |
| 11/3/2003 | Review complaint and transmit same to Mr. Holzman for review; Telephone conference with Mr. Holzman re complaint. | 0.20 200.00/hr | 40.00 |
| 11/11/2003 | Review types of damages, posssible prayer for relief; Westlaw research CFA's state of incorporation requires additional charge | 0.80 125.00/hr | 100.00 |

David H. Holzman                                     Invoice #   10011              Page     3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/17/2003 | Review draft complaint. | 2.20 200.00/hr | 440.00 |
|  | Meet with RMY, recieve comments and instruction re complaint. Finalize complaint. | 2.20 125.00/hr | 275.00 |
| 11/21/2003 | Finalize complaint | 5.00 125.00/hr | 625.00 |
| 11/24/2003 | Research jurisdiction and service issues. | 3.70 125.00/hr | 462.50 |
| 12/2/2003 | Review and sort court documents to be served on Defendant CFA; Review and sort documents to be sent to APS for service to be made on Defendant CFA; make appropriate arrangements for shipment of documents to Georgia | 1.30 125.00/hr | 162.50 |
| 12/5/2003 | Receive assignment to do document production request; contact APS - leave message requesting status update; research production of documents request | 0.60 125.00/hr | 75.00 |
| 12/8/2003 | Research Request for Production of Documents; Draft First Request for Production of Documents; Review HRCP 5 (b) Service, 5 (g) non-filing of discovery materials, and Rule 6 Time, 6 (e) Additional Time after service by mail (2 days) and 34 (b) Production of Documents Procedure (30 days) | 1.40 125.00/hr | 175.00 |
| 12/9/2003 | Contact APS - they confirmed receipt of documents via UPS; request that they FedEx Proof of Service and Acknowledgement of Receipt to us and then bill us directly | 0.10 125.00/hr | 12.50 |
| 12/17/2003 | Telephone call to R Stay re complaint. | 0.60 200.00/hr | 120.00 |
|  | Continue Holzman's Request for Production of Documents | 0.50 125.00/hr | 62.50 |
| 12/26/2003 | Review acknowledgement and return; Teleconference APS to determinw status of Document | 0.30 125.00/hr | 37.50 |
| 12/29/2003 | Ask Hayley if APS documents were recieved; Contact APS, leave message re: document status; Contact Account Representative Melrim Robinson; Continue production of documents; revise | 2.40 125.00/hr | 300.00 |
|  | **For professional services rendered** | **59.30** | **$8,319.94** |
|  | Additional Charges : |  |  |
| 2/10/2003 | Copying cost |  | 1.50 |
|  | Postage |  | 0.38 |

David H. Holzman                                          Invoice #   10011              Page     4

|  |  | Amount |
|---|---|---|
| 2/10/2003 | fax | 3.00 |
| 12/2/2003 | Serve Complaint on Defendant CFA, Inc. | 95.00 |
|  | Fax APS cover sheets & first page of transmittal letter & complaint on defendant CFA, Inc. | 4.00 |
|  | Delivery Cost - service complaint on defendand Commercial Forced Air, Inc. | 9.14 |
|  | **Total costs** | **$113.02** |
|  | **HI GET** | **$346.96** |
|  | **Total amount of this bill** | **$8,779.92** |
|  | **Balance due** | **$8,779.92** |

# MacDonald Rudy Byrns O'Neill & Yamauchi

a Limited Liability Law Partnership, LLP
American Savings Bank Tower, Suite 2650, 1001 Bishop Street
Honolulu, Hawaii 96813
FED. ID No. 99-0333877

David H. Holzman                                         July 15, 2004
469 A Portlock Road
Honolulu HI 96825

Re:    Commercial Forced Air
       Invoice # 10012

       Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/4/2004 | Revise Production of Documents for Payment; Research and review interrogatory materials; Begin draft of interrogatories | 3.90 125.00/hr | 487.50 |
| 1/6/2004 | Review and revise interrogatories | 2.50 125.00/hr | 312.50 |
| 1/8/2004 | Teleconference with APS re Proof of Service | 0.20 125.00/hr | 25.00 |
| 1/9/2004 | Discuss removal with RMY; Research filing procedures; Review FRCP; Revise Interrogatories and Production of Documents to reflect removal; Research cover sheet; Prepare cover sheet; Review Federal conference materials | 1.70 125.00/hr | 212.50 |
| 1/20/2004 | Review Answer and Counter Claim | 0.50 125.00/hr | 62.50 |
| 1/21/2004 | Teleconference re Return and Acknowledgment | 0.20 125.00/hr | 25.00 |
| 1/22/2004 | Contact APS re Return and Acknowledgement | 0.20 125.00/hr | 25.00 |
| 1/26/2004 | Telephone conference with Mr. Holzman re status. | 0.20 200.00/hr | 40.00 |
| | Review and revise Affidavit of service | 0.50 125.00/hr | 62.50 |

David H. Holzman                                          Invoice #   10012          Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/27/2004 | Start preparing answer | 1.20 125.00/hr | 150.00 |
| 1/28/2004 | Telephone call to Mr. Holzman re status. | 0.20 200.00/hr | 40.00 |
|  | Continue work on Answer | 1.80 125.00/hr | 225.00 |
| 1/29/2004 | Telephone conference with Mr. Holzman re status. | 0.40 200.00/hr | 80.00 |
| 2/3/2004 | Continue work on Answer; Research definitions; Review FRCP; Review possible standard defenses; Determine affirmative defenses | 1.30 125.00/hr | 162.50 |
| 2/4/2004 | Continue draft of Answer; Research SOL; Review second form | 3.10 125.00/hr | 387.50 |
| 2/5/2004 | Finalize Answer; Review Aloha Farm file | 1.50 125.00/hr | 187.50 |
| 2/6/2004 | DCCA Research re Aloha Farms; Review dissolution file; Finalize Answer | 2.00 125.00/hr | 250.00 |
| 2/8/2004 | Research failure to state a claim | 0.70 125.00/hr | 87.50 |
| 2/9/2004 | Telephone conference with Mr. Holzman re answer to CFA counterclaim; Revise answer to counterclaim. | 1.70 200.00/hr | 340.00 |
|  | Research agent liability, repudation and reinciation; Review agency; ABB & RMY teleconference with D. Holzman; Review and revise answer as per RMY instruction; Finalize answer | 2.20 125.00/hr | 275.00 |
| 2/10/2004 | Review research materials re scheduling conference; Prepare draft of Scheduling Conference Report; Research deadlines in FRCP on local rules | 2.50 125.00/hr | 312.50 |
| 2/11/2004 | Discuss discovery planning meeting with RMY; Review Pleadings file; Review Correspondence file; Research pretrial statement; Review Local Rule 16.6; Revise report of parties planning conference; Research personal jurisdiction | 2.90 125.00/hr | 362.50 |
| 2/12/2004 | Review Lake v. Lake jurisdiction case; Finalize planning meeting report; research FRCP Rule 21 joinder and objections to initial disclosures | 1.30 125.00/hr | 162.50 |
| 2/13/2004 | Review files; Research discovery deadline Local Rule 16.3; Revise report; notate recommendations; Start notes on scheduling Conference Statement | 2.40 125.00/hr | 300.00 |
| 2/17/2004 | Research objecting to initial disclosures; Review files on "Discovery" and "Scheduling Conference"; Continue work on Scheduling Conference Statement | 2.10 125.00/hr | 262.50 |

David H. Holzman

Invoice #  10012

Page    3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/18/2004 | Prepare for conference with opposing counsel. | 0.80 200.00/hr | 160.00 |
| | Review jurisdiction cases for possible motions; Research Rule 56; Review and revise report of planning meeting; Draft notes; Meet with RMY re planning meeting and list deadlines; Revise report of planning meeting accordingly | 3.50 125.00/hr | 437.50 |
| 2/19/2004 | Prepare for and attend conference at Damon Key re scheduling. | 2.40 200.00/hr | 480.00 |
| | Meet with RMY re report changes; Review report for planning meeting; Attend planning meeting; Revise and complete report of planning meeting; Review revise request for Production of Documents | 2.60 125.00/hr | 325.00 |
| 2/20/2004 | Draft questions for Production of documents and interrogatories; Research Scheduling Conference Statements; Prepare Scheduling Conference Statement | 2.10 125.00/hr | 262.50 |
| 2/23/2004 | Meet with RMY re status of case | 0.20 125.00/hr | 25.00 |
| 2/24/2004 | Review scheduling statement. | 0.20 200.00/hr | 40.00 |
| | Review and revise report and Draft e-mail to opposing counsel | 0.70 125.00/hr | 87.50 |
| 2/25/2004 | Confirm conference "continued" to an earlier date; Review G. Kugel's e-mail; Revise report | 0.40 125.00/hr | 50.00 |
| 2/26/2004 | Finalize Scheduling Conference Statement; Review initial disclosure sample; Draft intial disclosure; Prepare exhibit; Compute possible damages; Continue Production of Documents and inerrogatories; Research Georgia Court dockts | 1.10 125.00/hr | 137.50 |
| 2/27/2004 | Continue work on Interrogatories and Production of Documents; Teleconference Clerk's office re other copies of filed report | 1.20 125.00/hr | 150.00 |

| | | | |
|---|---|---|---|
| **For professional services rendered** | | **52.40** | **$6,992.50** |
| **HI GET** | | | **$291.31** |
| **Total amount of this bill** | | | **$7,283.81** |
| **Previous balance** | | | **$8,779.92** |
| 4/27/2004 Payment from the Client Trust Account - Thank You | | | ($8,779.92) |
| **Total payments and adjustments** | | | **($8,779.92)** |

David H. Holzman

Invoice #   10012

Page    4

Amount

**Balance due**

**$7,283.81**

# MacDonald Rudy Byrns O'Neill & Yamauchi

a Limited Liability Law Partnership, LLP
American Savings Bank Tower, Suite 2650, 1001 Bishop Street
Honolulu, Hawaii 96813
FED. ID No. 99-0333877

David H. Holzman                                        August 11, 2004
469 A Portlock Road
Honolulu HI 96825

Re:     Commercial Forced Air
        Invoice No.  10074

        Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/8/2004 | ABB | Review Defendant's First Request for Answers to Interrogatories (FRAI) and First Request for Production of Documents (FRPD); Review instructions and Definitions; Review Rule 34; Draft Objections; Notate Interrogatories; Review admissions against interest; Begin drafting Answers. | 3.50 125.00/hr | 437.50 |
| 3/9/2004 | ABB | Review Rule 33 and commentary; Continue review FRPD; Research "contention interrogatories". | 1.50 125.00/hr | 187.50 |
| 3/10/2004 | ABB | Continue drafting letter. | 3.00 125.00/hr | 375.00 |
| 3/11/2004 | ABB | Review Holzman letters. | 1.20 125.00/hr | 150.00 |
| 3/12/2004 | RMY | Review letter and discovery document requests. | 1.20 200.00/hr | 240.00 |
| 3/15/2004 | ABB | Review Correspondence file. | 3.20 125.00/hr | 400.00 |
| 3/19/2004 | ABB | Prepare for meeting; Meet with D. Holzman. | 2.30 125.00/hr | 287.50 |
| 3/23/2004 | RMY | Review Scheduling conference statement. | 0.30 200.00/hr | 60.00 |

David H. Holzman

Invoice #  10074

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/23/2004 | ABB | Review and revise conference statements; Prepare responses to FRAI and FRPD. | 4.20 125.00/hr | 525.00 |
| 3/25/2004 | ABB | Continue Scheduling Conference Statement; Continue responses to FRAI and FRPD. | 2.60 125.00/hr | 325.00 |
| | ABB | Review recent Conference rules. | 0.80 125.00/hr | 100.00 |
| 3/31/2004 | ABB | Prepare scheduling conference notes. | 1.60 125.00/hr | 200.00 |
| 4/1/2004 | ABB | Prepare Holzman v. CFA notes, review Federal and Local Rules (16.3, 16.6, 16.8, 16.9). | 3.20 125.00/hr | 400.00 |
| 4/2/2004 | RMY | Prepare for and attend Scheduling conference; Prepare discovery strategy. | 2.50 200.00/hr | 500.00 |
| 4/6/2004 | RMY | Review discovery response. | 1.30 200.00/hr | 260.00 |
| 4/12/2004 | ABB | Leave phone message w/ Mr. Holzman re answers. Review notes of meeting w/ Mr. Holzman. Discuss answers w/ Mr. Holzman. Revise discovery responses as per Mr. Holzman's information. Continue revisions, research spousal privilege. | 2.30 125.00/hr | 287.50 |
| 4/13/2004 | RMY | Review Response to request for answers to interrogatories and request for production of documents. | 1.60 200.00/hr | 320.00 |
| | ABB | Research affidavit exception to disclosure.  Review Defendant's discovery instructions and federal rules commentary.  Research contention interrogatories.  Draft objections. | 4.00 125.00/hr | 500.00 |
| 4/14/2004 | RMY | Review and revise CFA requests for interrogatories and document production. | 1.40 200.00/hr | 280.00 |

David H. Holzman                                     Invoice #   10074          Page     3

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/14/2004 | ABB | Continue Holzman discovery responses.  Meeting with Mr. Holzman.  Ask Haley to disseminate Holzman discovery responses. | 2.90 125.00/hr | 362.50 |
| 4/15/2004 | ABB | Work on POD.  Westlaw research on agency.  Review complaint and counterclaim, prepare admission notes and questions. | 2.60 125.00/hr | 325.00 |
| 4/16/2004 | ABB | Draft possible interrogatories and admission questions. Finalize interrogatories.  Work on production of documents, revise instructions. | 4.50 125.00/hr | 562.50 |
| 4/19/2004 | RMY | Review request for interrogatories and documents. | 0.70 200.00/hr | 140.00 |
|  | ABB | Finalize POD and FRAI.  Incorporate RMY corrections. | 3.20 125.00/hr | 400.00 |
| 4/21/2004 | RMY | Review and revise discovery request documents. | 1.10 200.00/hr | 220.00 |

|  |  |  |
|---|---|---|
| **For professional services rendered** | **56.70** | **$7,845.00** |
| **HI GET** |  | **$326.82** |
| **Total amount of this bill** |  | **$8,171.82** |
| **Previous balance** |  | **$7,283.81** |
| 8/4/2004  Payment for invoice 10012 - Thank You |  | ($7,000.00) |
| **Total payments and adjustments** |  | **($7,000.00)** |
| **Balance due** |  | **$8,455.63** |

# MacDonald Rudy Byrns O'Neill & Yamauchi

a Limited Liability Law Partnership, LLP
American Savings Bank Tower, Suite 2650, 1001 Bishop Street
Honolulu, Hawaii 96813
FED. ID No. 99-0333877

Mr. David H. Holzman                                  September 20, 2004
469 A Portlock Road
Honolulu HI 96825

Re:    Commercial Forced Air
       Invoice No. 10137

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/3/2004 | RMY | Review Plaintiff's Initial Disclosure Statement. | 1.70<br>200.00/hr | 340.00 |
| 5/6/2004 | ABB | Draft letter re: good faith effort to resolve initial disclosure. Review relevant rules. Review and revise. | 1.30<br>125.00/hr | 162.50 |
| 6/1/2004 | RMY | Prepare document production. | 2.00<br>200.00/hr | 400.00 |
|  | ABB | Discuss Aloha Farms bankruptcy and mortgage events, review documents for attorney-client privilege. | 2.70<br>125.00/hr | 337.50 |
| 6/2/2004 | ABB | Continue reviewing documents for attorney-client privilege. | 3.60<br>125.00/hr | 450.00 |
| 6/3/2004 | ABB | Organize client's POD. | 0.50<br>125.00/hr | 62.50 |
| 6/4/2004 | RMY | Review document production response. | 0.80<br>200.00/hr | 160.00 |
| 6/9/2004 | RMY | Review CFA responses to discovery requests; Telephone conference with Mr. Holzman re discovery status. | 1.50<br>200.00/hr | 300.00 |
|  | ABB | Review CFA's POD and FRAI, discuss discovery with Mr. Harris; Telephone conference with Mr. Holzman re: discovery issues. | 1.20<br>125.00/hr | 150.00 |

Mr. David H. Holzman                                        Invoice #  10137          Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/12/2004 | ABB | Draft letter to Mr. Stay, research trade secret, review material, research HRCP 26(b)(1), review Counterclaim and Complaint, draft second letter, review guarantee and warranties. | 1.50 125.00/hr | 187.50 |
| 6/13/2004 | ABB | Research legal authority, review rules and cases, continue drafting response, identify supporting documentation. | 1.50 125.00/hr | 187.50 |
| 6/14/2004 | ABB | Discuss suggestions with RMY, finalize initial disclosure letter, review/revise discovery request and response. | 4.70 125.00/hr | 587.50 |
| 6/21/2004 | ABB | Draft response to CFA's June 17th letter. | 2.30 125.00/hr | 287.50 |
| 6/22/2004 | ABB | Review/revise response letter. | 0.70 125.00/hr | 87.50 |
| 6/23/2004 | RMY | Review letter to opposing counsel re discpovery compliance. | 0.40 200.00/hr | 80.00 |
| 6/25/2004 | RMY | Revise letter to opposing counsel re production of discovery by CFA. | 0.90 200.00/hr | 180.00 |

|  | Hrs | Amount |
|---|---|---|
| **For professional services rendered** | **27.30** | **$3,960.00** |

Additional Charges :

| 5/17/2004 Postage | 1.11 |
|---|---|
| **Total costs** | **$1.11** |
| **HI GET** | **$164.97** |
| **Total amount of this bill** | **$4,126.08** |
| **Previous balance** | **$8,455.63** |
| 8/20/2004 Payment - Thank You | ($8,000.00) |
| **Total payments and adjustments** | **($8,000.00)** |

Mr. David H. Holzman                              Invoice #   10137                    Page     3

                                                                                        Amount

**Balance due**                                                                        **$4,581.71**

# MacDonald Rudy Byrns O'Neill & Yamauchi

a Limited Liability Law Partnership, LLP
American Savings Bank Tower, Suite 2650, 1001 Bishop Street
Honolulu, Hawaii 96813
FED. ID No. 99-0333877

Mr. David H. Holzman                                    November 29, 2004
469 A Portlock Road
Honolulu HI 96825

Re:    Commercial Forced Air
       Invoice No. 10177

       Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2004 | RMY | Attend ADR conference with Judge Chang and opposing counsel; Telephone conference with Mr. Holzman re same. | 1.40 200.00/hr | 280.00 |
|  | ABB | Review anti-competitive clauses, confirm CFA's POD with Bonnie, Westlaw research, review materials, prepare for hearing. | 1.40 125.00/hr | 175.00 |
| 7/2/2004 | ABB | Ask Bonnie to send CFA's POD to Professional Image. | 0.10 125.00/hr | 12.50 |
| 7/6/2004 | ABB | Westlaw research, review cases, review ALR, continue drafting letter. | 3.30 125.00/hr | 412.50 |
| 7/7/2004 | ABB | Westlaw research; review materials; research discovery sanctions, tax return privilege, California law, relevancy; shepardize cases. | 3.20 125.00/hr | 400.00 |
| 7/8/2004 | ABB | Supreme Court library research on United States Code tax disclosure. | 1.30 125.00/hr | 162.50 |
| 7/10/2004 | ABB | Draft second letter, read case notes on 26 USCA Section 6103. | 2.80 125.00/hr | 350.00 |
| 7/11/2004 | ABB | Westlaw research, review cases. | 1.00 125.00/hr | 125.00 |

Mr. David H. Holzman                                    Invoice #  10177          Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/12/2004 | ABB | Continue drafting letter. | 2.10 125.00/hr | 262.50 |
| 7/13/2004 | ABB | Review and revise letter, final review, submit to RMY. | 2.40 125.00/hr | 300.00 |
| 7/14/2004 | RMY | Review letter to G Kugle re discovery compliance. | 0.50 200.00/hr | 100.00 |
| 7/15/2004 | ABB | Start reviewing CFA's POD | 3.30 125.00/hr | 412.50 |
| 7/16/2004 | ABB | Continue reviewing CFA's POD, reconcile sale price, payments and change orders, review our POD request, determine which documents are missing. | 2.20 125.00/hr | 275.00 |
| 7/19/2004 | ABB | Continue missing documents review, review our FRAI for inconsistencies and relevant documents, draft reply accordingly, discuss discovery with RMY, leave phone message for opposing counsel for missing documents. | 2.50 125.00/hr | 312.50 |
| 7/20/2004 | RMY | Telephone conference with Mr. Holzman re mediation and discovery issues; Telephone conference with G Kugle re mediation. Analyze settlement/litigation strategy. | 1.70 200.00/hr | 340.00 |
|  | ABB | Discuss missing documents and ADR with opposing counsel, discuss discovery and mediation with RMY. | 1.10 125.00/hr | 137.50 |
| 7/21/2004 | RMY | Telephone conference with G Kugle, Esq. re mediation. | 0.70 200.00/hr | 140.00 |
| 7/26/2004 | ABB | Contact oppoosing counsel for document status and to schedule ADR/Mediation discussion. | 0.10 125.00/hr | 12.50 |
| 7/27/2004 | ABB | Various phone calls with Mr. Kugle and/or Mr. Stay regarding availability and document status, draft e-mail to RMY re: calls and schedule, second phone call from Mr. Stay re missing documents. | 0.90 125.00/hr | 112.50 |

Mr. David H. Holzman                                  Invoice #  10177           Page    3

|            |     |                                                                                                                                               | Hrs/Rate | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 7/28/2004  | RMY | Telephone conference with ABB re mediation and discovery compliance issues.                                                                    | 0.40 200.00/hr | 80.00 |
|            | ABB | Arrange and schedule ADR/Mediation telephone conference with opposing counsel and RMY.                                                         | 0.50 125.00/hr | 62.50 |
| 7/29/2004  | ABB | ADR/Mediation conference call with RMY and opposing counsels.                                                                                  | 0.60 125.00/hr | 75.00 |
| 8/2/2004   | ABB | Read Mr. Stay's e-mail, call DPR for Yim's and Hunter's availability, leave messages for assistants, discuss status with RMY, receive assistants' calls with availability info. | 0.60 125.00/hr | 75.00 |
| 8/3/2004   | ABB | Telephone conference with Judge Chang re: Mediation Status, discuss strategy with RMY, review court deadlines.                                  | 1.00 125.00/hr | 125.00 |
|            | RMY | Telephone conference with Mr. Holzman re scheduling of mediation and mediator and/or arbitrator selection; Telephone conference with Magistrate Chang, G Kugle, R Stay and A Barayuga re mediation; Telephone conference with Mr. Holzman re results of conference and mediation/arbitration strategy. | 1.40 200.00/hr | 280.00 |
|            | RMY | Telephone conference with ABB re mediation and arbitration issues; Telephone conference with opposing counsel re same; Telephone conference with Mr. Holzman re status and authorization for mediator selection. | 1.60 200.00/hr | 320.00 |
| 8/6/2004   | ABB | Prepare materials, conference call with Kugle, discuss strategy with RMY.                                                                      | 0.90 125.00/hr | 112.50 |
|            | RMY | Analyze mediation/arbitration issues; Telephone conference with G Kugle re mediation/arbitration.                                              | 0.60 200.00/hr | 120.00 |
| 8/13/2004  | ABB | E-mail RMY re Mediation, e-mail Greg re Mediation/Arbitration, draft e-mail to RMY.                                                            | 1.40 125.00/hr | 175.00 |
| 8/16/2004  | ABB | Review opposing counsel's e-mail re specificity, contact DPR, review reply, research Local Rule 37.1 Discovery Failure.                        | 0.90 125.00/hr | 112.50 |

Mr. David H. Holzman                                  Invoice #  10177                Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/17/2004 | ABB | Contact DPR and tentatively schedule Mediation for Nov 22, leave telephone message for Greg re date, send e-mail to RMY re same. | 0.30 125.00/hr | 37.50 |
| 8/24/2004 | RMY | Telephone conference with G Kugle and Judge Chang re mediation; telephone conference with A Barayuga and G Kugle re discovery issues. | 1.00 200.00/hr | 200.00 |
|  | ABB | Prepare notes for telephone conference w/ judge, discuss conference w/ RMY, telephone conference w/ judge and Greg Kugle, seperate telephone conference with Kugle. | 1.30 125.00/hr | 162.50 |

|  |  |  |
|---|---|---|
| **For professional services rendered** | **44.50** | **$6,260.00** |
| **HI GET** |  | **$260.79** |
| **Total amount of this bill** |  | **$6,520.79** |
| **Previous balance** |  | **$4,581.71** |
| **Balance due** |  | **$11,102.50** |

# MacDonald Rudy Byrns O'Neill & Yamauchi

a Limited Liability Law Partnership, LLP
American Savings Bank Tower, Suite 2650, 1001 Bishop Street
Honolulu, Hawaii 96813
FED. ID No. 99-0333877

Mr. David H. Holzman                                                    March 07, 2005
469 A Portlock Road
Honolulu HI 96825

Re:   Commercial Forced Air
        Invoice No.  10237

           Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/3/2004 | ABB | Review Complaint, POD, and interrogatories; Discuss with RMY; Review Local Rule re: Mediation; Review District Court Rules and HRCP. | 2.20 125.00/hr | 275.00 |
| 9/9/2004 | RMY | Telephone conference with Mr. Holzman re status. | 0.30 200.00/hr | 60.00 |
| 9/13/2004 | ABB | Review CFA counsel's August 31, 2004 letter. | 0.20 125.00/hr | 25.00 |
| 10/6/2004 | RMY | Analyze informal discovery enforcement procedures. | 1.30 200.00/hr | 260.00 |
| 10/12/2004 | ABB | Westlaw research re: agent commission. | 0.90 125.00/hr | 112.50 |
| 10/15/2004 | ABB | Westlaw research re: compensation, competiton, termination, exclusivity, etc.; Start reviewing research material. | 2.00 125.00/hr | 250.00 |
| 10/18/2004 | ABB | Continue determination of issues. | 1.00 125.00/hr | 125.00 |
| 10/22/2004 | ABB | Review documents; Begin drafting Mediation Statement. | 3.00 125.00/hr | 375.00 |

Mr. David H. Holzman                                    Invoice #   10237              Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/25/2004 ABB | Review TADECO documents; Review CFA website. | | 0.90<br>125.00/hr | 112.50 |
| 11/2/2004 ABB | Review scheduling conference statement, review documents, draft notes for Mediation Statement. | | 3.20<br>125.00/hr | 400.00 |
| 11/6/2004 ABB | Continue drafting notes; Review and determine potential exhibits. | | 5.00<br>125.00/hr | 625.00 |
| 11/8/2004 ABB | Westlaw research re various agency topics. | | 4.50<br>125.00/hr | 562.50 |
| 11/9/2004 ABB | Review research materials; Westlaw research re procuring cause; Review materials. | | 4.00<br>125.00/hr | 500.00 |
| 11/10/2004 ABB | Continue reviewing materials. | | 2.00<br>125.00/hr | 250.00 |
| 11/11/2004 ABB | Draft Mediation Statement; Westlaw research; Review materials. | | 3.00<br>125.00/hr | 375.00 |
| 11/13/2004 ABB | Review materials; Continue drafting Mediation Statement. | | 3.00<br>125.00/hr | 375.00 |
| 11/15/2004 ABB | Continue drafting Mediation Statement; Revise; Discuss with RMY. | | 5.00<br>125.00/hr | 625.00 |
| 11/16/2004 RMY | Review Mediation Statement. | | 1.80<br>200.00/hr | 360.00 |
| ABB | Continue Mediation Statement revisions; Prepare exhibits. | | 3.50<br>125.00/hr | 437.50 |
| 11/17/2004 RMY | Telephone conference with Mr. Holzman re decision to decline participation in cost of teleconferencing; Review mediation statement. | | 1.20<br>200.00/hr | 240.00 |
| ABB | Final revisions to Mediation Statement; Telephone conference with D. Holzman. | | 4.50<br>125.00/hr | 562.50 |

Mr. David H. Holzman                                    Invoice #  10237              Page      3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/19/2004 | RMY | Prepare for mediation; Telephone conferences with G Kugle re mediation format and location; Telephone conference with Mr. Holzman re mediation. | 2.80 200.00/hr | 560.00 |
| 11/22/2004 | RMY | Prepare for and attend mediation with Mr. Holzman and K Hunter. | 6.50 200.00/hr | 1,300.00 |
|  | ABB | Attend Mediation Conference with Keith Hunter, et al. | 1.00 125.00/hr | 125.00 |
| 11/24/2004 | ABB | Research CFA/Senaydin properties on Georgia website. | 0.50 125.00/hr | 62.50 |
| 12/1/2004 | ABB | Research Settlement Conference Statement. | 1.20 125.00/hr | 150.00 |
| 12/2/2004 | RMY | Conference with Mr. Holzman and K Hunter re settlement; Conference with Mr. Holzman re authorization for settlement. | 2.80 200.00/hr | 560.00 |
| 12/3/2004 | RMY | Telephone call to K Hunter; Prepare e-mail to K Hunter re settlement proposal. | 0.30 200.00/hr | 60.00 |
| 12/5/2004 | ABB | Start preparing Confidential Settlement Conference Statement. | 6.30 125.00/hr | 787.50 |
| 12/6/2004 | RMY | Review settlement conference statement. | 1.50 200.00/hr | 300.00 |
|  | ABB | Finalize Settlement Statement; Prepare exhibits. | 6.70 125.00/hr | 837.50 |
| 12/7/2004 | RMY | Telephone conversation with K Hunter re settlement authorization. | 0.20 200.00/hr | 40.00 |
| 12/10/2004 | RMY | Telephone conference with K Hunter re settlement status; Telephone conference with Mr. Holzman re status; Review continuance of settlement conference. | 0.40 200.00/hr | 80.00 |

**For professional services rendered**                              **82.70**    **$11,770.00**

Mr. David H. Holzman                              Invoice #   10237          Page    4

      Additional Charges :

|  |  | Amount |
|---|---|---:|
| 9/13/2004 | Fax information on parties to DPR as per Evelyn's request. | 3.00 |
| 9/17/2004 | Copy costs - Mediation letter and Agreement. | 0.50 |
|  | Mail Mediation letter and Agreement to Mr. Holzman along with self-addressed envelope. | 0.74 |
| 11/17/2004 | Xerox 2 copies of Mediation Statement and Exhibits. | 56.50 |
| 11/18/2004 | Mail copy of Mediation Statement to Mr. Holzman. | 3.95 |
| 12/6/2004 | Xerox 2 copies of Confidential Settlement Statement. | 17.50 |
|  | Deliver Confidential Settlement Statement to Federal Court. | 7.50 |

**Total costs**                                                        **$89.69**

**HI GET**                                                             **$493.88**

**Total amount of this bill**                                          **$12,353.57**

**Previous balance**                                                   **$11,102.50**

12/13/2004   Check #1140 payment for Inv 10177- Thank You             ($11,102.50)

**Total payments and adjustments**                                     **($11,102.50)**

**Balance due**                                                        **$12,353.57**

# MacDonald Rudy Byrns O'Neill & Yamauchi

a Limited Liability Law Partnership, LLP
American Savings Bank Tower, Suite 2650, 1001 Bishop Street
Honolulu, Hawaii 96813
FED. ID No. 99-0333877

Mr. David H. Holzman                                           June 24, 2005
469 A Portlock Road
Honolulu HI 96825

Re:    Commercial Forced Air
       Invoice No. 10264

       Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2005 | RMY | Prepare e-mail to K Hunter requesting mediation status; Review and forward K Hunter's response to Mr. Holzman. | 0.30 200.00/hr | 60.00 |
| 1/11/2005 | ABB | Settlement conference with Judge Chang and opposing counsel G. Kugle. | 0.50 125.00/hr | 62.50 |
|  | RMY | Prepare for and attend settlement conference with Magistrate Chang and G Kugle. | 2.50 200.00/hr | 500.00 |
| 1/21/2005 | RMY | Review e-mail from K Hunter re settlement; Telephone call to K Hunter re participation in settlement process with Magistrate Chang; Prepare status e-mail to Mr. Holzman. | 0.30 200.00/hr | 60.00 |
| 1/26/2005 | ABB | Draft e-mail to G. Kugle informing him of our request for Judge Chang's intervention. | 0.50 125.00/hr | 62.50 |
| 1/27/2005 | ABB | Telephone conference with Judge Chang's Courtroom manager re request for Judge's intervention. | 0.20 125.00/hr | 25.00 |
| 1/28/2005 | ABB | Telephone settlement status conference with Judge Chang; Research Pre-Trial Statement requirements. | 0.40 125.00/hr | 50.00 |
|  | RMY | Settlement conference with Magistrate Chang, G Kugle, and A Barayuga re status of settlement; Telephone conference with Mr. Holzman re February 22, 2005 pretrial conference. | 0.60 200.00/hr | 120.00 |

Mr. David H. Holzman                                Invoice #  10264           Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/4/2005 | ABB | Telephone conference with G. Kugle re: Hunter involvement and extension; Telephone conference with RMY re same; Telephone conference with D. Holzman re same. | 0.50<br>125.00/hr | 62.50 |
| 2/7/2005 | ABB | Telephone conference with RMY re Settlement Order; Telephone conference with G. Kugle, Judge Chang's Chambers (Kathy) re extension and CFA telephone participation. | 0.20<br>125.00/hr | 25.00 |
|  | ABB | Start compiling draft of Pretrial Statement. | 2.00<br>125.00/hr | 250.00 |
| 2/9/2005 | RMY | Telephone conference with J Chang, A Barayuga and G Kugle re settlement conference. | 0.20<br>200.00/hr | 40.00 |
|  | ABB | Telephone conference with Judge Chang re: CFA scheduling conflict. | 0.20<br>125.00/hr | 25.00 |
| 2/10/2005 | ABB | Prepare letter to Judge Chang re parties' agreement to Keith Hunter's involvement in Settlement. | 1.50<br>125.00/hr | 187.50 |
| 2/11/2005 | ABB | Review prior Settlement Statement; Draft proceedings to date and settlement discussions. | 2.30<br>125.00/hr | 287.50 |
| 2/12/2005 | ABB | Review prior Mediation Statement; Westlaw research re estoppel; Review materials. | 2.40<br>125.00/hr | 300.00 |
| 2/13/2005 | ABB | Continue reviewing estoppel material; Further research on Westlaw; Start drafting Pretrial Statement. | 3.10<br>125.00/hr | 387.50 |
| 2/14/2005 | ABB | Continue drafting Pretrial Statement (Disputed Facts and Points of Law sections). | 2.50<br>125.00/hr | 312.50 |
|  | ABB | Telephone conference with G. Kugle re Defendant's no-show at trial; Discussion with RMY re same; Continue drafting Pretrial Statement. | 2.30<br>125.00/hr | 287.50 |
| 2/15/2005 | ABB | Prepare "Exhibits, schedules, and summaries" section of Pretrial Statement; Review and revise Pretrial Statement. | 4.40<br>125.00/hr | 550.00 |

Mr. David H. Holzman                                    Invoice #  10264                    Page    3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/16/2005 | ABB | Complete 2nd Settlement Statement; Review; Make Final Revisions. | 2.10<br>125.00/hr | 262.50 |
| | RMY | Review settlement conference statement. | 1.30<br>200.00/hr | 260.00 |
| 2/17/2005 | ABB | Complete Pretrial Statement; Review; Final Revisions. | 3.90<br>125.00/hr | 487.50 |
| 2/24/2005 | ABB | Settlement Conference with Judge Chang. | 2.50<br>125.00/hr | 312.50 |
| | RMY | Prepare for and attend settlement conference with Mr. Holzman and Magistrate Chang. | 5.00<br>200.00/hr | 1,000.00 |
| 2/25/2005 | ABB | Settlement and Pre-Trial Conference with Judge Chang. | 1.00<br>125.00/hr | 125.00 |
| | ABB | Research Magistrate appointment, and motion to extend trial. | 1.20<br>125.00/hr | 150.00 |
| | RMY | Prepare for and attend settlement conference with Mr. Holzman and Judge Chang and Defendant. | 2.50<br>200.00/hr | 500.00 |
| 2/28/2005 | RMY | Conference with Mr. and Mrs. Holzman re litigation/settlement options; Telephone call to G Kugle. | 1.20<br>200.00/hr | 240.00 |

**For professional services rendered**       **47.60**     **$6,992.50**

Additional Charges :

| | | |
|---|---|---|
| 1/5/2005 | Mail copy of Confidential Settlement Statement to D. Holzman. | 1.75 |
| 2/16/2005 | Xerox 2nd Settlement Statement, Feb 16 ltr to Judge Chang, and transmittal letters. | 11.75 |
| | Deliver 2nd Settlement Statement to Federal Court; Deliver Judge Chang letter to K. Hunter. | 15.00 |
| | Mail Judge Chang letter to G. Kugle. | 0.60 |

Mr. David H. Holzman          Invoice #   10264         Page    4

| | Amount |
|---|---|
| 2/17/2005  Xerox Pretrial Statement copies for Judge, File, D. Holzman, and Defendant. | 18.00 |
| **Total costs** | **$47.10** |
| **HI GET** | **$293.17** |
| **Total amount of this bill** | **$7,332.77** |
| **Previous balance** | **$12,353.57** |
| 5/12/2005  Check #1030 payment for Inv 10237 dated March 7, 2005 - Thank You | ($12,000.00) |
| **Total payments and adjustments** | **($12,000.00)** |
| **Balance due** | **$7,686.34** |

# MacDonald Rudy Byrns O'Neill & Yamauchi

a Limited Liability Law Partnership, LLP
American Savings Bank Tower, Suite 2650, 1001 Bishop Street
Honolulu, Hawaii 96813
FED. ID No. 99-0333877

Mr. David H. Holzman                                          November 08, 2005
469 A Portlock Road
Honolulu HI 96825

Re:    Commercial Forced Air
       Invoice No.  10310

       Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2005 | ABB | Telephone conference with Judge Mollway. | 0.20<br>125.00/hr | 25.00 |
|  | RMY | Telephone conference with G Kugle re trial setting and settlement; Telephone pretrial conference with J Mollway. | 1.40<br>200.00/hr | 280.00 |
| 3/3/2005 | RMY | Telephone conferences with G Kugle re settlement/arbitration/magistrate trial. | 1.20<br>200.00/hr | 240.00 |
| 3/4/2005 | RMY | Telephone conference with Mr. Holzman re arbitration/Magistrate trial/settlement stratedgy; Telephone conference with G Kugle re same; Telephone conference with Mr. Holzman re status; Telephone conference with G Kugle re confirmation of agreement to arbitrate with DPR. | 1.20<br>200.00/hr | 240.00 |
| 3/7/2005 | ABB | Prepare letter to Judge Mollway requesting removal of trial date from Calendar. | 0.20<br>125.00/hr | 25.00 |
| 3/8/2005 | RMY | Telephone conference with Mr. Holzman re settlement. | 0.50<br>200.00/hr | 100.00 |
| 3/14/2005 | RMY | Telephone conference with Mr. Holzman re meeting with Synaden. | 0.20<br>200.00/hr | 40.00 |
| 3/23/2005 | RMY | Telephone call to G Kugle re arbitration; Telephone call to J Mollway's chambers re dismissal. | 0.30<br>200.00/hr | 60.00 |

Mr. David H. Holzman                                      Invoice #   10310                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/24/2005 | RMY | Telephone conference with G Kugle re arbitration. | 0.20<br>200.00/hr | 40.00 |
| 4/21/2005 | RMY | Telephone conferences with Mr. Holzman re settlement. | 0.40<br>200.00/hr | 80.00 |
| 4/27/2005 | RMY | Telephone conference with DPR re arbitrator availability; Telephone conference with G Kugle re arbitrator selection; Telephone conferences with Mr. Holzman re approval of arbitrators and status of settlement discussions with Defendant. | 1.40<br>200.00/hr | 280.00 |
| 4/28/2005 | RMY | Telephone conferences with G Kugle and DPR re scheduling of arbitration. | 0.60<br>200.00/hr | 120.00 |
| 4/29/2005 | RMY | Prepare letter to Judge Mollway re selection of arbitrator; Telephone conferences with Mr. Holzman re arbitrator selection; Telephone conference with K Byant re pre-arbitration conference; Telephone conference with G Kugle re same; Prepare e-mail to G Kugle re same; Telephone conference with G Kugle and DPR re scheduling of pre-arbitration conference with Judge McConnell. | 1.60<br>200.00/hr | 320.00 |
| 5/2/2005 | RMY | Telephone conference with K Byrant re pre-arbitration conference; Telephone conference with Mr. Holzman re same. | 0.30<br>200.00/hr | 60.00 |
| 5/3/2005 | RMY | Telephone conference with G Kugle re scheduling of arbitration; Telephone conference with Judge McConnell and G Kugle re arbitration; Prepare status e-mail to Mr. Holzman; Review and finalize submission to arbitration. | 1.30<br>200.00/hr | 260.00 |
| 5/18/2005 | ABB | Draft letter to Judge McConnell re Kugle & RMY agreement of terms. | 0.50<br>125.00/hr | 62.50 |
|  | RMY | Arbitration conference with J McConnell and G Kugle; Telephone conference with J McConnell re arbitration. | 0.60<br>200.00/hr | 120.00 |

Mr. David H. Holzman                                      Invoice #  10310           Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2005 | RMY | Prepare letter to Judge McConnell confirming arbitration dates. | 0.40<br>200.00/hr | 80.00 |
| 7/15/2005 | RMY | Telephone conference with Mr. Holzman re arbitration status. | 0.20<br>200.00/hr | 40.00 |
| 8/5/2005 | RMY | Telephone conference with Mr. Holzman re status; Telephone calll to G Kugle re CFA failure to comply with arbitration agreement. | 0.20<br>200.00/hr | 40.00 |
| 8/8/2005 | RMY | Review motion to withdraw as counsel; Telephone conference with DPR re status. | 0.40<br>200.00/hr | 80.00 |
| 8/9/2005 | RMY | Analyze alternative responses to motion to withdraw. | 0.20<br>200.00/hr | 40.00 |
| 8/10/2005 | RMY | Telephone conference with Mr. Holzman re CFA counsel motion to withdraw and memorandum in opposition and motion for sanctions response. | 0.60<br>200.00/hr | 120.00 |
| 8/12/2005 | ABB | Research rules re counsel withdrawal; Westlaw research re same; Review research materials; Draft memorandum in opposition. | 9.30<br>125.00/hr | 1,162.50 |
| 8/22/2005 | ABB | Research compelling arbitration at Supreme Court library. | 1.50<br>125.00/hr | 187.50 |
| 8/23/2005 | ABB | Review research materials. | 1.00<br>125.00/hr | 125.00 |
| 8/24/2005 | ABB | Westlaw research re: compel arbitration; Review research material. | 3.00<br>125.00/hr | 375.00 |
| 8/25/2005 | ABB | Draft Motion to Compel Arbitration. | 6.50<br>125.00/hr | 812.50 |
| 8/26/2005 | RMY | Review Motion to Compel Arbitration. | 1.80<br>200.00/hr | 360.00 |

Mr. David H. Holzman                                      Invoice #  10310                    Page    4

|            |     |                                                                                                                           | Hrs/Rate | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 8/30/2005  | ABB | Attend hearing re: Motion for Counsel Withdrawal at Federal Court.                                                         | 1.00 125.00/hr | 125.00 |
|            | RMY | Telephone conference with G Kugle re hearing; Prepare for and attend motion to withdraw before Magistrate Chang; Telephone conference with Mr. Holzman re status. | 2.10 200.00/hr | 420.00 |

**For professional services rendered**                                            **40.30**    **$6,320.00**

Additional Charges :

| 3/7/2005  | Fax March 7, 2005 ltr to Judge Mollway and G. Kugle.                                    | 2.00  |
|-----------|----------------------------------------------------------------------------------------|-------|
| 4/29/2005 | Fax arbitration status letter dated 4/29/05 to Judge Mollway.                          | 1.00  |
|           | Mail 4/29/05 arbitration status letter to Judge Mollway.                               | 0.37  |
| 5/3/2005  | Xerox Complaint, Answer/Counterclaim, and Answer to Counterclaim to transmit to Judge McConnell. | 10.25 |
| 5/27/2005 | Xerox DPR letter and Agreement form dated May 24, 2005.                                 | 0.25  |
|           | Mail DPR letter and Agreement form to D. Holzman w/ self-addressed envelope.           | 0.74  |
| 7/29/2005 | Xerox our 2nd discovery requests.                                                      | 71.25 |
| 8/1/2005  | Messenger delivery of 2nd discovery COS to/from Federal Court for filing.              | 7.50  |
| 8/12/2005 | Xerox Memorandum in Opposition for filing at Federal Court.                            | 32.50 |
| 8/15/2005 | Fax unfiled Memorandum in Opposition to G. Kugle.                                      | 26.00 |
| 8/22/2005 | Xerox research material re arbitration at Supreme Court library.                       | 7.95  |

**Total costs**                                                                          **$159.81**

**HI GET**                                                                               **$269.57**

**Total amount of this bill**                                                            **$6,749.38**

Mr. David H. Holzman

Invoice #   10310

Page     5

| | Amount |
|---|---|
| **Previous balance** | **$7,686.34** |
| 8/15/2005  Check #1044 payment for Inv 10264 dated June 24, 2005 - Thank You | ($5,000.00) |
| **Total payments and adjustments** | **($5,000.00)** |
| **Balance due** | **$9,435.72** |

# MacDonald Rudy Byrns O'Neill & Yamauchi

American Savings Bank Tower
1001 Bishop Street, Suite 2650
Honolulu, HI 96813
FED ID No. 99-0333877

June 15, 2006

Mr. David H. Holzman
469 A Portlock Road
Honolulu HI 96825

In Reference To:   Commercial Forced Air

Invoice No.   10435

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/14/2005 | Review and revise proposed order re granting of motion for withdrawal subject to conditions. | 0.60 225.00/hr | 135.00 |
| 9/19/2005 | Telephone conference with Mr. Holzman re status. | 0.20 225.00/hr | 45.00 |
| 10/13/2005 | Prepare letter to G Kugle re Magistrate Judge Chang's order. | 1.40 225.00/hr | 315.00 |
| 11/21/2005 | Prepare for and attend status conference with J Mollway. | 1.00 225.00/hr | 225.00 |
| 12/9/2005 | Attend status conference with Magistrate Judge Chang. | 1.50 225.00/hr | 337.50 |
| 12/13/2005 | Telephone conference with Mr. Holzman re status. | 0.30 225.00/hr | 67.50 |
| 2/13/2006 | Telephone conference with K. Bryant regarding scheduling | 0.20 225.00/hr | 44.94 |
| 2/14/2006 | Various telephone conferences with K Bryant at DPR re scheduling conference issues. | 0.60 225.00/hr | 135.00 |
| 2/15/2006 | Telephone conference with K Bryant re scheduling conference issues. | 0.20 225.00/hr | 45.00 |
| 2/16/2006 | Telephone conference with Mr. Holzman re status. | 0.20 225.00/hr | 45.00 |

Mr. David H. Holzman                                                                     Page      2
Invoice No.    10435

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/3/2006 | Telephone conference with J Mollway's chambers re status of CFA response to DPR demands. | 0.30 225.00/hr | 67.50 |
| 4/24/2006 | Prepare motion for sanctions. | 0.20 225.00/hr | 45.00 |
| 4/25/2006 | Legal research re sanctions for violation of court order to arbitrate; Prepare motions for sanctions. | 8.40 225.00/hr | 1,890.00 |
| 4/27/2006 | Legal research re sanctions. | 3.10 225.00/hr | 697.50 |
| 5/1/2006 | Legal research re sanctions. | 6.80 225.00/hr | 1,530.00 |
| 5/2/2006 | Prepare Motion for Sanctions. | 6.10 225.00/hr | 1,372.50 |
| 5/3/2006 | Legal research re authority for sanctions. | 3.40 225.00/hr | 765.00 |
| 5/4/2006 | Prepare petition for sanctions. | 7.60 225.00/hr | 1,710.00 |
| 5/5/2006 | Finalize and file petition for sanctions. | 2.20 225.00/hr | 495.00 |

| | | |
|---|---|---|
| For professional services rendered | | $9,967.44 |
| Additional Charges : | | |
| 9/21/2005 Xerox Reply to Opposition Re: Compel Arbitration prior to Court filing. | | 7.50 |
| 4/25/2006 Postage | | 8.39 |
| Total additional charges | | $15.89 |
| HI GET | | $415.24 |
| Total amount of this bill | | $10,398.57 |
| Previous balance | | $9,435.72 |
| Accounts receivable transactions | | |
| 12/16/2005 Payment Invoice # 10264, 10310  - Thank You | | ($9,400.00) |
| Total payments and adjustments | | ($9,400.00) |

Mr. David H. Holzman
Invoice No.   10435

Page     3

Amount

Balance due
$10,434.29

## MacDonald Rudy Byrns O'Neill & Yamauchi

American Savings Bank Tower
1001 Bishop Street, Suite 2650
Honolulu, HI  96813
FED ID No. 99-0333877

July 24, 2006

Mr. David H. Holzman
469 A Portlock Road
Honolulu HI 96825

In Reference To:   Commercial Forced Air

Invoice No.   10457

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/26/2006 | Prepare for and attend motion for sanctions before J Chang; Telephone conference with Mr. Holzman re granting of motion; Legal research re proof requirements for damages. | 3.70 225.00/hr | 832.50 |
| 7/11/2006 | Analyze documents re damages. | 2.80 225.00/hr | 630.00 |
| 7/12/2006 | Analyze documents to establish damages. | 4.60 225.00/hr | 1,035.00 |
| 7/13/2006 | Analyze damages issues. | 3.50 225.00/hr | 787.50 |
| 7/18/2006 | Analyze damages issues. | 0.50 225.00/hr | 112.50 |
| 7/19/2006 | Analyze documentation re damages; Prepare declaration for damages. | 6.80 225.00/hr | 1,530.00 |
| 7/20/2006 | Prepare supplemental memorandum re damages. | 7.70 225.00/hr | 1,732.50 |
| 7/21/2006 | Prepare supplemental memorandum. | 3.00 225.00/hr | 675.00 |

For professional services rendered                                         $7,335.00

HI GET                                         $305.58

Mr. David H. Holzman
Invoice No.    10457

Page        2

Amount

| | Amount |
|---|---|
| Total amount of this bill | $7,640.58 |
| Previous balance | $5,434.29 |
| Balance due | $13,074.87 |