IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **DAVID HOLZMAN,** ) | CIVIL NO. CV04 00009 SOM-KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| **COMMERCIAL FORCED AIR, INC.,**) | |
| **JOHN DOES 1-10, JANE DOES 1-10,**) | |
| **DOE PARTNERSHIPS 1-10, DOE** ) | |
| **CORPORATIONS 1-10, DOE** ) | |
| **ENTITIES 1-10 and DOE** ) | |
| **GOVERNMENTAL UNITS 1-10,** ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a file-stamped copy of the foregoing document will be duly served via U.S. Mail and Certified Mail, Return Receipt Requested, addressed to the following at their last known address upon filing or shortly thereafter:

COMMERCIAL FORCED AIR, INC.
P.O. BOX 1743
ROSWELL, GEORGIA 30077
ATTN: MR. SERDAR SENAYDIN, PRESIDENT

DATED: Honolulu, Hawaii, July 24, 2006.

                                        MACDONALD RUDY BYRNS O'NEILL & YAMAUCHI, A LIMITED LIABILITY LAW PARTNERSHIP, LLP

                                        _____
                                        ROBERT M. YAMAUCHI

                                        Attorney for Plaintiff
                                        DAVID HOLZMAN