IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAVID HOLZMAN, | ) | CIVIL 04-00009 SOM-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMERCIAL FORCED AIR, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 8, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that Motion for Sanctions be Granted and that Entry of Defaut and Judgment by Default be Entered," are adopted as the opinion and order of this Court.

Due for Adoption: September 25, 2006

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; September 25, 2006.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

cc: all parties of record

Due for Adoption: September 25, 2006