AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| DAVID HOLZMAN, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL 04-00009SOM-KSC |
| V. | |
| COMMERCIAL FORCED AIR, INC., et al. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII<br>September 26, 2006<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendants. | |

[✓]  **Decision by Court.**  This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

The Clerk of Court having entered Default against defendant Commercial Forced Air, Inc. on September 26, 2006, as pursuant to the "FINDINGS AND RECOMMENDATION THAT MOTION FOR SANCTIONS BE GRANTED AND THAT ENTRY OF DEFAULT AND JUDGMENT BY DEFAULT BE ENTERED" filed on September 8, 2006, and as pursuant to the "ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION" filed on September 26, 2006,

IT IS ORDERED AND ADJUDGED that pursuant to said Findings and Recommendation and pursuant to said Order Adopting the Findings and Recommendation:

September 26, 2006
CIVIL 04-00009SOM-KSC
David Holzamn vs. Commercial Forced Air, Inc., et al.
JUDGMENT IN A CIVIL CASE
page 2 of 2

1. Plaintiff David Holzman's Motion for Sanctions is GRANTED,

2. Defendant Commercial Forced Air, Inc.'s Counterclaim is DISMISSED, and

3. DEFAULT JUDGMENT is entered against Defendant Commercial Forced Air, Inc., et al., and entered to include the following provision:

   - Plaintiff is entitled to recover a total of $601,042.29 consisting of the following:

     - $510,882.00 in commissions owed,

     - $4,400.00 for the arbitration fee; and

     - $84,757.29 in attorneys' fees and costs incurred by Plaintiff in bringing this case.

| September 26, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |